FILED

MAY 14 2018

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

IN THE UNITED STATES DISTRICT COURT

United States District Court, Western District of Texas, Waco Division Angel-

Luis:Martinez Jr ©

C/O 1213 Oxford Way

Cocoa, FL. [32922]

In Propria Personam

-VS-                                        Cause No: W18CA134

STATE OF TEXAS

Mike Waldman; Shelly Strimple

Bell County Justice Center

1201 Huey Rd.

Belton, Texas 76513

Complaint of Federal Question Pursuant to

28 USC 1331; 48 CFR CH.1, 53, 228

Demand For Proof Of Subject-Matter Jurisdiction

1

## INDEX

I.      SPECIAL NOTICE TO COURT

II.     JURISDICTIONAL ISSUES

III.    NO IMMUNITY

IV.     NO IMMUNITY FOR STATE ACTOR

V.      BONDING DISCHARGES

VI.     PUBLIC HAZARD BONDING OF CORPORATE AGENTS

VII.    INTERNATIONAL COMMERCIAL AFFIDAVIT PRESENTED AS LETTER OF
        ROGATORY

VIII.   IDENTIFICATION OF MOVING PARTY

IX.     STATUS OF SECURED PARTY

X.      STATEMENT OF ISSUES

XI      JURISDICTION

XII.    NOTICE OF VOIDED JUDGEMENT

XIII.   RESCIND OF SIGNATURE

XIV.    APPOINTMENT OF TRUSTEE

XV.     CAVET

XVI.    JUDICIAL NOTICE

XVII.   LEGAL NOTICE AND DEMAND

XVIII.  RELIEF SOUGHT & CONCLUSION

XVIV.   NOTICE OF APPOINTMENT OF TRUSTEE

## SPECIAL NOTICE TO THE COURT

Angel-Luis:Martinez Jr©, Sui Juris, is now giving  FULL NOTICE OF DISCLOSURE as to my
formal request to the UNITED STATES DISTRICT COURT, United States District Court,
Western District of Texas, Waco Division, With Bell County and Texas, MY "SPECIAL
VISITATION' made by absolute ministerial right to the UNITED STATES FEDERAL Court
pursuant to Rule 8(E) of the Rules of Practice and Procedure as a "Restricted Appearance."

Comes Now, the defendant Angel-Luis:Martinez Jr ©, State *recorded case of County of Bell*, a
real flesh and blood man/woman, a State Citizen and Inhabitant of the County of  Bell, Texas, by
SPECIAL VISITATION In Propria Persona, not general to present this, his Notice and Demand
for written proof (verified and demonstrated evidence) of jurisdiction over His Proper Person and
over the subject matter in the entitled cause known as 70443.

Such Written proof must be filed in the official Court Record for this cause, and it must also be
properly served on the Accused at the lawful mailing location shown at the upper-left-hand
corner of this Notice and Demand for Proof of Subject-Matter Jurisdiction, in order to be valid
and acceptable. The Accused explicitly reserves his fundamental Right to rebut any and all
allegations stated in the required written demand for proof of subject-matter jurisdiction.

Such written proof shall be accompanied by a sworn affidavit signed under penalty of perjury in
accordance to the LAWS of the united States of America and the State of Texas to be true,
correct, complete and first-hand knowledge. Said affidavit is to be sealed by the individuals
Christian name signature, knowingly, willingly and intelligently.

### Jurisdictional Issues

**It is the court's responsibility to prove it has subject matter jurisdiction, and where a judge
arbitrarily claims the court has jurisdiction, he is violating the defendant's right to due
process of the law.** It is, in fact, the plaintiff's responsibility to prove, **on the record**, that
jurisdiction exists, and jurisdiction can be challenged at any time, even years later, and
even collaterally, as in a private administrative process, as was done herein. It is the
petitioner's right to challenge jurisdiction, and it is the plaintiff/prosecutor's duty to prove
it exists. **The respondent herein was given the opportunity (multiple times) to put the facts
of jurisdiction on the administrative record, but acquiesced by tacit procuration to the fact**

**that the constitutional and due process violations alleged by the petitioner did, in fact, occur, and did, in fact, deprive the court of subject matter jurisdiction, which is now the record before the court.**

**The law provides that once State and Federal jurisdiction has been challenged, it must be proven. Main v. Thiboutot, 100 S. Ct. 2502 (1980).**

While voidable orders are readily appealable and must be attacked directly, void order may be circumvented by collateral attack or remedied by mandamus, Sanchez v. Hester, 911 S.W. 2d. 173, (Tex. App. – Corpus Christi 1995).

Void judgment under federal law is one in which rendering court lacked subject matter jurisdiction over dispute or jurisdiction over parties, or underline acted in manner inconsistent with due process of law or otherwise acted unconstitutional in entering judgment, U.S.C.A. Const. Amend. 5, *Hays v. Louisiana Dock Co.*, 452 N.E. 2d 1383 (III App. 5 Dist. 1983). [Emphasis added].

"The law requires proof of jurisdiction to appear on the record of the administrative agency and all administrative proceedings", Hagans v. Lavine, 415 U.S. 533. "Therefore, it is necessary that the record present the fact that establishing the jurisdiction of the tribunal", Lowe v. Alexander, 15 C 296, People v. Board of S.F. Fire Dept., 14 C 479. As the LAW requires such proof to appear on the official record this Citizen of the State of Texas Demands the State of Texas and its Agencies/Agents to produce lawful and legal proof (verified and demonstrated evidence) to its alleged jurisdiction over this Private Citizen, Angel-Luis:Martinez ©

Where jurisdiction is denied and squarely challenged, jurisdiction cannot be assumed to exist "sub silentio," but, must be proven, Hagan V. Lavine, 415 U.S. 528, 533, n.5; Monell V. N.Y., 436 U.S. 633. Mere "good faith" assertions of power and authority (jurisdiction) have been abolished, Owen V. Indiana, 445 U.S. 622; Butz V. Economou, 438 U.S. 478; Bivens V. 6 Unknown Agents, 403 U.S. 388. "A court cannot confer jurisdiction where none exists and cannot make a void proceeding valid. **It is clear and well established law that a void order can be challenged in any court" OLD WAYNE MUT. L. Assoc. V. McDonough, 204 S. 8, 27 S. Ct. 236 (1907).**

"The law requires proof of jurisdiction to appear on the record of the administrative agency and all administrative proceedings" (Hagan v. Lavine, 415 US 533). "Therefore, it is necessary that the record present the fact that establishing the jurisdiction of the tribunal" (Lowe V. Alexander, 15 C 296, People v. Board of S.F. Fire Dept. 14 C 479). As the LAW requires such proof to appear on the official record this Citizen of the State of Texas Demands the State of Texas and its

Representative/Agencies/Agents to produce lawful and legal proof (verified and demonstrated evidence) to its alleged subject-matter jurisdiction over this Private Citizen, Angel-Luis:Martinez Jr©, Sui Juris.

Where jurisdiction is denied and squarely challenged, jurisdiction cannot be assumed to exist "Sub silentio," but, must be proven, Hagan V. Lavine, 415 US 528, 533 n.5; Monell v. NY., 436 US 633. Mere "good faith" assertions of power and authority (jurisdiction) have been abolished, Owen v. Indiana, 445 US 622; Butz v. Economou, 438 US 478; Bivens v. 6 Unknown Agents, 403 US 388. "A court cannot confer jurisdiction where none exists and cannot make a void proceeding valid. It is a clear and well established law that a void order can be challenged in any court, OLD WAYNE MUT. L. Assoc. v McDonough, 204 US 8, 27 S. Ct. 236 (1907).

**Therefore, it is outside of any court discretion to lay claim as to any Rule 12(b). Failure to State a Claim to Which Relief Can Be Granted decision as said decision would, in fact, be outside the jurisdiction of any court. "A court has no jurisdiction to determine its own jurisdiction, for a basic issue in any case before a tribunal is its power to act, and a court must have the authority to decide that question in the first instance," Rescue Army v. Municipal Court of Los Angeles, 171 P2d 8; 331 US 549, 91 L. Ed 1666, 67 S, Ct. 1409. The claim is that the STATE OF TEXAS court did not have subject-matter jurisdiction to precede against Angel-Luis:Martinez Jr © from the beginning and said claim can be granted a relief which is outlined throughout this jurisdictional federal question.**

Any "… departure by a court from those recognized and established requirements of law however close apparent adherence to mere form in method of procedure, which has the effect of depriving one of a constitutional right, in an excess of jurisdiction," Wuest v. Wuest, 127 P2d 934, 937.

Furthermore, there is a clear distinction between an individual and a corporation, and that the latter has the right to stand upon his constitutional rights as a citizen. He is entitled to carry on his private business in his own way. His power to contract is unlimited. He owes no duty to the State, since he receives nothing therefrom, beyond the protection of his life and property. His rights are such as exists by the law of the land a long antecedent to the organization of the State, and can only be taken away from him by due process of law, and in accordance with the constitution. He owes nothing to the public so long as he does not trespass upon their rights, Hale v. Henkel, 201 US 43.

If the State allege that this common-law constitutional entity is subject to some statute, rule, or regulation or if the State should allege that this common-law constitutional entity owes some obligation, debt, duty, fee or fine, please state what jurisdiction the statutory agency you

represent has jurisdiction over this common-law constitutional entity. **Further, for any and all statute(s), rule(s), regulation(s) alleged to have authority or power over this common-law entity, please, produce the Signed and Sealed Certificate of Statute by the Supreme Court giving the agency/agent the authority and power to enforce said statute, rule or regulation.**

Please, allow the Court to be reminded of the following court rulings:

(a) The law provides that once the State and Federal jurisdiction has been challenged, it must be proven." Main v. Thiboutot, 100 S. Ct. 2502 (1980);

(b) "Once jurisdiction is challenged, it must be proven." Hagan v. Lavine, 415 US 533;

(c) "Where there is absence of jurisdiction, all administrative and judicial proceedings are a nullity and confer no right, offer no protection and afford no jurisdiction, and may be rejected upon direct attack." Thompson v. Tolmie, 2 Pet 157, 7 L.Ed 381, Griffith v. Fraizer, 8 Cr. 9, 3 L.Ed 471;

(d) "No sanctions can be imposed absent proof of jurisdiction." Standard v. Olsen, 74 S.Ct. 768, Title 5 U.S.C. Sec. 556 and 558(b);

(e) "The proponent of the rule has burden of proof." Title 5 U.S.C. Sec. 556(d);

(f) "Jurisdiction can be challenged at any time, even on final determination." Basso v. Utah Power & Light Co., 495 2nd 906 at 910.

Let it be known, until such a time as written proof of jurisdiction is demonstrated and filled in the court record of this case, the Accused shall be entitled to the conclusive presumption that lawful jurisdiction is lacking In Personam and In Rem. Let this statement serve as Constructive Notice that this common-law constitutional entity, in the eyes of the Law, intends to prosecute to the fullest extent of the Law anyone who infringes its rights as "officers of the court have no immunity, when violating a constitutional right, from liability, for they are deemed to know the law," Owens V. City of Independence, 448 U.S. 1, 100 S.Ct. 2502; Hafer V. Melo, 502 U.S. 21.

In anticipation of the respondent's objections, which he has waived the right to bring up, Petitioner;

1. conditionally accepts the respondent's claim that he did not contract with the Petitioner upon proof of claim that pursuant to the laws of contract Petitioner did not have the right to reasonable reliance upon the respondent's apparent intent as portrayed by his conduct, and UPON PROOF OF CLAIM that in deciding whether a person agreed to a contract, the law DOES NOT gage intent objectively, that is, it DOES NOT evaluate the person's

overt acts, words and conduct to decide whether they reasonably signified an intent to enter the transaction.

2. conditionally accepts respondent's claim he had no obligation to rebut any of the allegations presented to him, UPON PROOF OF CLAIM of the following:

a)  That a void judgment cannot be challenged at any time; and

b)  That a void judgment cannot be challenged collaterally via a private administrative process;

c)  That it is _not_ the prosecutor's duty and obligation to provide ALL the facts that establish the court's jurisdiction, and place them upon the record, even in a collateral attack against jurisdiction; and

d)  That the Respondent DOES NOT have an oath of office to uphold the constitutions, which includes due process of law and equal protection under the law; and

e)  That his/her oath _does not_ require him/her to correct any constitutional and due process violations which are pointed out to him for the record; and

f)  That his/her oath _does not_ preclude him/her from lying to the People whom he/she serves, even by silence; That his/her silence, by failure to rebut, with truth, fact and law, the constitution and due process violations which were alleged, is _not_, under the law of contracts, an admission that such violations exists, and are therefore, grounds to vacate the judgment; and

g)  That the petitioner is _not_, under the laws of contracts, entitled to reasonable reliance upon the respondent's failure to rebut with truth, fact and law in support, as instructed; and That equal protection of the law would _not_ require the respondent to be equally held to all requirements of the law to which the petitioner is held to, including the laws of contracts, and the principles of default, both of which this court exercises against defendants ALL THE

h)  TIME, wherein if a defendant remains silent when he should speak in order to avoid the appearance of waiving a right, the court assumes a right to be waived upon the silence of the defendant; and when the defendant defaults, the court enforces the default.

3.  The judgment of this court was entered on or before 11/21/2013

4.   Petitioner's administrative remedy is *res judicata*.

5.   Failure of the Respondent to respond in this matter is *stare decisis*.

6.   Petitioner's administrative remedy is ripe for judicial review, and there are no facts in controversy.

Further, this **is not a challenge of unlawful detention or imprisonment** to the cause that incarcerated Angel-Luis:Martinez Jr© as would fall under a Prisoner's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 or § 2255. This is a demand for proof of subject matter jurisdiction brought under the court's federal question jurisdiction, 28 U.S.C. §1331, there is no judicial power to adjudicate the case. And since, "A court has no jurisdiction to determine its own jurisdiction, for a basic issue in any case before a tribunal is its power to act, and a court must have the authority to decide that question in the first instance." Rescue Army v. Municipal Court of Los Angeles, 171 P2d 8; 331 US 549, 91 L. ed. 1666, 67 S.Ct. 1409, Angel-Luis:Martinez Jr©, cannot use 28 U.S.C.§2254 or §2255 to challenge Subject-Matter Jurisdiction and must rely on this court to challenge the Subject-Matter and Personal Jurisdiction, of the STATE OF TEXAS and it's STATE OF COURT(S), over Angel-Luis:Martinez Jr©, from the beginning as the Angel-Luis:Martinez Jr© has already requested said proof from THE STATE OF TEXAS and its agent(s) who, in fact, represented the interests of the State of Texas in the court. The STATE OF TEXAS, the State of Texas and its agent(s) have defaulted with their silence and tacit admission.

## No immunity.

**No state immunity for the actions of PUBLIC SERVANT, PUBLIC SERVANT , PUBLIC SERVANT , I RESERVE THE RIGHT TO ADD DEFENDANT AS THEY BECOME KNOW TO  et; al**

### TITLE 42 >  § 12202:  A State shall not be immune.

**State shall not be immune under the eleventh amendment to the Constitution of the United States from an action in Federal or State court of competent jurisdiction for a violation of this chapter. In any action against a State for a violation of the requirements of this chapter, remedies (including remedies both at law and in equity) are available for such a violation to the same extent as such remedies are available for such a violation in an action against any public or private entity other than a State.**

**No Immunity for state actor**

**Mike Waldman; Shelly Strimple®, I RESERVE THE RIGHT TO ADD DEFENDANT AS THEY BECOME KNOW TO Et, Al having no immunity under any doctrine of sovereign immunity and is being commenced by any person for the violations herein**.

TITLE 15 § 1122. Liability of United States and States, and instrumentalities and officials thereof

(a)  Waiver of sovereign immunity by the United States;

The United States, all agencies and instrumentalities thereof, and all individuals, firms, corporations, other persons acting for the United States and with the authorization and consent of the United States, shall not be immune from suit in Federal or State court by any person, including any governmental or nongovernmental entity, for any violation under this chapter.

(b)  Waiver of sovereign immunity by States;

Any State, instrumentality of a State or any officer or employee of a State or instrumentality of a State acting in his or her official capacity, shall not be immune, under the eleventh amendment of the Constitution of the United States or under any other doctrine of sovereign immunity, from suit in Federal court by any person, including any governmental or nongovernmental entity for any violation under this chapter.

(c)  Remedies;

In a suit described in subsection (a) or (b) of this section for a violation described therein, remedies (including remedies both at law and in equity) are available for the violation to the same extent as such remedies are available for such a violation in a suit against any person other than the United States or any agency or instrumentality thereof, or any individual, firm, corporation, or other person acting for the United States and with authorization and consent of the United States, or a State, instrumentality of a State, **or officer or employee of a State or instrumentality of a State acting in his or her official capacity**. Such remedies include injunctive relief under section 1116 of this title, actual damages, profits, costs and attorney's fees under section 1117 of this title, destruction of infringing articles under section 1118 of this title, the remedies provided for under sections 1114, 1119, 1120, 1124 and 1125 of this title, and for any other remedies provided under this chapter.

**Bonding Discharges**

**48 CFR Ch. 1 53.228 Bonds and insurance**

The following standard forms are prescribed for use for bond and insurance requirements, as specified in part 28:(a) *SF 24 (Rev. 10/98) Bid Bond.* (See 28.106–1.) SF 24 is authorized for local reproduction and a copy is furnished for this purpose in Part 53 of the loose leaf edition of the FAR. (b) *SF 25 (Rev. 5/96) Performance Bond.* (See 28.106–1(b).) SF 25 is authorized for local reproduction and a copy is furnished for this purpose in Part 53 of the loose leaf edition of the FAR. (c) *SF 25–A (Rev. 10/98) Payment Bond.* (See 28.106–1(c).) SF 25–A is authorized for local reproduction and a copy is furnished for this purpose in Part 53 of the loose leaf edition of the FAR. (d) *SF 25–B (Rev. 10/83), Continuation Sheet (For Standard Forms 24, 25, and 25–A).* (See 28.106–1(d).) (e) *SF 28 (Rev. 6/03) Affidavit of Individual Surety.* (See 28.106–1(e) and Part 53 of the loose leaf edition of the FAR.(o) *OF 90 (Rev. 1/90), Release of Lien on Real Property.* (See 28.106–1(o) and28.203–5(a).) OF 90 is authorized for local reproduction and a copy is furnished for this purpose in part 53 of the loose leaf edition of the FAR.(p) *OF 91 (Rev. 1/90), Release of Personal Property from Escrow.* (See 28.106–1(p) and 28.203–5(a).) OF 91 is authorized for local reproduction and a copy is furnished for this purpose in part 53 of the loose leaf edition of the FAR. [48 FR 42637, Sept. 19, 1983, as amended at 53 FR 43395, Oct. 26, 1988; 54 FR 48998, Nov. 28,1989; 55 FR 25534, June 21, 1990; 55 FR 52801,Dec. 21, 1990; 59 FR 67061, Dec. 28, 1994; 61 FR 39214, July 26, 1996; 63 FR 58603, Oct. 30, 1998;63 FR 70293, Dec. 18, 1998; 64 FR 10549, Mar. 4, 1999; 68 FR 28088, May 22, 2003]

48 CFR Ch. 1 53.228:

Bonds and insurance. General Services Administration bonds, GSA forms Of 90 Release of Lien on Real Property, Of 91 Release of Personal Property from Escrow, sf28 Affidavit of Individual Surety, and various bid, performance and payment bonds, such as sf24 Bid Bond, sf25 Performance Bond and sf25A Payment Bond, sf 1418 Performance Bond, sf 1416 Payment bond, as well as the Miller Act bonds sf 273 Bid Bond, sf 274 Performance Bond and sf 275 Payment Bond <u>are viable options for the prisoner to use to replace and redeem the bonds sold by the Court in regard to the prisoner's judgment and sentence.</u>

PUBLIC HAZARD BONDING OF CORPORATE AGENTS

<u>All officials are required by federal, state, and municipal law to provide the name, address and telephone number of their public hazard and malpractice bonding company and the policy number of the bond and, if required, a copy of the policy describing the bonding coverage of</u>

their specific job performance.  Failure to provide this information constitutes corporate and limited liability insurance fraud (15 USC) and is prim a facie evidence and grounds to impose a lien upon the official personally to secure their public oath and service of office.

**Let it be known to the Court and All Officers:**

A commercial lien (90 day grace period before levying) may be used by a citizen to collect a debt or to secure a promised service/oath of a public official by seizing the property of the public official to secure privately and/or publicly the bond of the official.  When an immediate specific performance is required of an official instead of the general protection of the public, the instant process is called a distress or distress infinite, which because it has no grace period before impoundment, must be pre-bonded. Commercial Liens are not Common Law Liens. Commercial Liens are Declarations of Obligation (15 USC) and as such are no part of the common law process except:

A.  A lien may be enforced by a levy on the lien by the Sheriff after a 90-day acquiescence of the lien debtor, or

B.  Be challenged by the lien debtor in a Jury Trial duly convened by the Sheriff within 90 days at the request of the lien debtor pursuant to the 7th Amendment of the US Constitution or an identical state provision.  Said Jury Trial must be duly convened and properly conducted meaning, in part, that all affidavits must be categorically point-for-point rebutted, all issues are subject to full disclosure and discovery, and the jury may not retire to the jury room to homogenize the verdict.

Furthermore, upon determination of this court that jurisdiction did and is, in fact lacking in the cause in question, any act (or future acts) of detention, arrest, incarceration, or physical harm to Angel-Luis:Martinez Jr©, Sui Juris, a real flesh and blood State Citizen is assigned the minimum monetary values as pre precedent established by Trezevant v. City of Tampa, 741 D. 2d 336
(1984), where the court awarded $25,000 per 23 minute period, i.e. $65,217.91 per hour, plus punitive damages in the amount decided solely by Angel-Luis:Martinez Jr©, Sui Juris, Secured Party. The Secured Party shall pursue damages for injuries via his administrative process and procedures according to the Common Laws of the Land.

**International Commercial Affidavit**

**Presented AS/UNDER LETTER ROGATORY**

THIS NOTICE under Letter Rogatory, is in support of the International Commercial Instrument, **private** Agreement(s) and filed W-8BEN and Executed hereunder as Lawful "PUBLIC NOTICE" UCC §1-201(25) (27). This affidavit is executed under the penalty of perjury; in nature of 28 USC §1746 (1) expressly without UNITED STATES, i.e. 28 USC §3002 (15) (a); UCC §9-307 (8); U.S.C.A. Const. Art.1:8:17-18, Administered by a commissioned officer(s). This is also my Lawful Notice that all such signatures of mine in the future, with such government or otherwise-adhesion sources, are to be considered as "TDC" [Threat, Duress and Coercion] and/or "without prejudice," whether appearing therewith or otherwise, including banks, licenses, etc. So is it, respectfully demanding that my Constitutional "Privileges and Immunities" (Article 4:2) are apart from Article 1:8:17-18's Washington D.C., and shall not by Law be violated ever.

The Secured Party, Angel-Luis:Martinez Jr©, signatory herein is executing this instrument, under signature, expressly to declare his status as a Non-Resident-Alien in regards to U.S. INC; (ID) "with no duress", in accord to the terms aforementioned **private agreement (See U.S.C.A. Const. Art. 1:18:1). Therefore, I the Secured Party, Angel-Luis:Martinez Jr© duly deposes and says without recourse that the foregoing is true, correct, complete and certain. All Subject-Matter within my International Security Agreement; Private Agreement(s) and specifically filed W-8BEN as public record, supported by this Affidavit, executed this** 9th day of May , 20 18, nunc pro tunc Federal Rule 15c to 11th day of July , 1996, nunc pro tunc, the Secured Party's Eighteenth Birthday.

*Angel Luis Martinez Jr*

Angel-Luis:Martinez Jr©

Affiant & Real Property In Interest UCC §1-202;

All Rights Explicitly Reserved Without Any Recourse & Without Prejudice

Status as a Non-Resident Alien, Fed. R. Evid. 902 (3)

As a Matter of Substantial Law

***** Republic***** Supp…. FRCP. 8E; FRCP 9 (H)

Without the united States INC. UCC § 9-307 (h)

*Angel Luis Martinez Jr* , Notary Public

## IDENTIFICATION OF MOVING PARTY

BY "SPECIAL VISITATION", I, Angel-Luis, Sui Juris of the Martinez Jr family am the Movant [hereinafter] referred to as Secured Party/Plaintiff.

Secured Party/Plaintiff is a natural born, free, living, breathing, flesh and blood human with **sentient and moral existence, a real man/woman upon the soil, a juris et de jure, also know as a** Secured Party and a inhabitant, not a United States Citizen [See Filed Filing Exhibits].

Secured Party/Plaintiff is not a subject of, or to, the Texas State Constitution or the United States Constitution, its Ordinances, Statutes, Codes, or Regulations; or subject of, or to, Executive, Legislative, nor Judicial Jurisdiction of its actor(s), agent(s), officer(s), employee(s), or elected officials of Government, **as defined as Corporate.**

## STATUS OF SECURED PARTY

**SECURED PARTY** is currently being held as collateral against his will in the location of the DEPARTMENT OF CORRECTIONS pursuant to an unconstitutional judgment,

**Secured Party** is also a Secured Party/Creditor to ANGEL LUIS MARTINEZ JR [DEBTOR] or any variations or derivatives thereof or therefrom, in any form [See UCC-1 Filing(s)].

**Secured Party** is Holder-In-Due-Course by recorded Security Agreement, and **holds a Superior Priority Claim** over ANGEL LUIS MARTINEZ JR [DEBTOR], in any form.

**Secured Party** is the recorded owner and principal Party-In-Interest of the Trade Name(s) ANGEL LUIS MARTINEZ JR [DEBTOR] or **any variations** thereof or therefrom, in any form.

**Secured Party** is the record owner and principal Party-In-Interest of the following entitled document(s) and related County Bell, Belton, Texas, Cause No: 70443; "STATE OF TEXAS V. ANGEL LUIS MARTINEZ JR" [SEE FILED UCC-1 STATEMENT AND JUDGEMENT SENTENCING].

## STATE OF ISSUES

1. Petitioner tendered payment and a private administrative remedy to the named Respondent pursuant to the Administrative Procedures Act, which were served upon Respondent by an impartial third party witness, requesting that cause no: 70443 be set off, settled and closed, and the Respondent obtained a court order for his/her release from custody and all conditions of supervision released, as the matter had been discharged; and in the alternative, upon the Respondent's failure to do so, the Petitioner requested the Respondent to provide proof of claim of the court's subject matter jurisdiction for the official record.

2. Petitioner filed in the commercial registry (UCC file # 201700220894) under Initial Financing Statement and Trust # 201700220894:, filed at the Florida Secretary of State Office a LEGAL NOTICE AND DEMAND where the State of Florida and its Representatives/Agencies/Agents agreed "… the undersigned Secured Party is **not** a citizen within; surety for; subject of; and does not owe allegiance, fealty, bond, undertaking, obligation, duty, tax, impost, or tribute to ……. Including the "STATE OF TEXAS" by whatever name it may currently be known or hereafter named (exclusively of the "State of Texas," i.e. "Republic of Texas") and the like. **Now having been filed nunc pro tunc and made a matter of public record."**

3. Respondent(s) agree that his/her default, which was by his choice, would comprise his/her agreement with all the terms of this trust contract and his waiver of all rights of recourse, appeal, objection, protest, claim, or controversy having had opportunity and failed to plead.

4. Since the above matters have been agreed upon, and the conditions of the contract have been stipulated, **there is no longer a controversy before the court.** The above mentioned stayed in tacit admission throughout **all** Notices.

## NOTICE OF VOID JUDGMENT

1. In anticipation of the respondent's objections, which he/she has waived the right to bring up, petitioner conditionally accepts the respondent's failure to credit the defendant's account and obtain an order for his/her release UPON PROOF OF CLAIM that the tender of the payment did not discharge the obligation pursuant to law, and proof of claim that his/her failure to timely point out a defect in the instruments does not lawfully serve as a waiver for the right to do so now.

2. In anticipation of the respondent's objections, which he/she has waived the right to bring up. Petitioner conditionally accepts the respondents claim that he/she did not contract with the Petitioner upon proof of claim that pursuant to laws of contract Petitioner did not have the right to reasonable reliance upon the respondents apparent intent as portrayed by his conduct, and UPON PROOF OF CLAIM that in deciding whether a person agreed to a contract, the law DOES NOT gage intent objectively, that is, it DOES NOT evaluate the person's overt acts, words and conduct to decide whether they reasonably signified an intent to enter the transaction.

3. Upon anticipation of the respondents objections, which he/she has waived the right to make, the petitioner conditionally accepts respondents claim that he/she had no obligation to rebut any of the allegations presented to him/her, UPON PROOF OF CLAIM of the following:

   a) That a void judgment cannot be challenged at any time;

   b) That a void judgment cannot be challenged collaterally via a private administrative process;

   c) That it is *NOT* the prosecutors duty and obligation to provide ALL the facts that establish the courts jurisdiction, and place them upon the record – even in a collateral attack against jurisdiction; and

   d) That the Respondent DOES NOT have an oath of office to uphold the constitutions, which includes due process of law and equal protection under the law; and that his oath *does not* require him/her to correct any constitutional and due process violations.

**In order for any government agency, subsidiary, or law to be applied to an individual American Citizen, it must be provided or assumed that the government has jurisdiction in the matter over that particular individual for that time.** Specifically, before an individual can be charged and convicted with a crime, the government official or agency must prove subject-matter jurisdiction.

The Court must be one of competent jurisdiction. To have valid due process, the tribunal must be a creature of its constitution, in accord with the law of its creation, i.e. (article III judge). Without the limiting factor of a court of competent jurisdiction, all citizens would be in jeopardy of loss of liberty being imposed at any bureaucrat's within. It is conceivable that the procedure could devolve to one in which the accuser, the trier of facts, and the executioner would be one in the same.

All government actors operate in a fiduciary/trustee capacity in particular, and in specific, in a courtroom situation, the case itself is a trust. The prosecutor is the executor/trustee of the trust; named the defendant, which is always a fictional entity name in all capital letters, is the trust itself. The only courts which the public has access to today are legislative/administrative courts, which enforce codes and statutes that only apply to corporations or other fictional entities, because the Sovereign (the people upon whom the sovereignty rest in this nation), are not named in the codes, and therefore, are not subject to the codes. **These Courts have no jurisdiction over living men**. When the judge and the prosecutor use deceit and trickery to cause the living man to believe he is actually the defendant, **those public officials breached their fiduciary duties, and breached their contract (oath of office) with the public, and are subject to legal actions.**

## JURISDICTION

Jurisdiction, once challenged, is to be proven, not by the Courts, but **by the party attempting and/or has asserted jurisdiction**. The burden of proof of jurisdiction lies within the asserter. The State/Courts Representative Mike Waldman; Shelly Strimple and/or his/her successor] has had time and two (2) different chances to respond, but has gone silent and thus refusing to answer the CAVF stating violation(s) of accused [See Exhibit's A-C].

Any "… departure by a court from those recognized and established requirements of law however close apparent adherence to mere form in method of procedure, which has the effect of depriving one of a constitutional right, is an excess of jurisdiction," **Wuest v Wuest, 127 P2d 934, 937.** Furthermore, there is a clear distinction **between an individual and a corporation,** and that the former has the right to stand upon his constitutional rights as a citizen. He/she is entitled to carry his/her private business in his/her own way. His/her power to contract is unlimited. He/she owes no duty to the State, since he/she receives nothing therefrom, beyond the protection of his life and property. His/her rights are such as exists by the law of the land long antecedent to the organization of the State, and can only be taken away from him/her.

Therefore, and before you try, it is **outside of any courts discretion to lay claim as to any rule 12(b)(6) "Failure to State a Claim to which relief can be granted" decision as said decision would, in fact, be outside the jurisdiction of any court. "Court has _no_ jurisdiction to determine its own jurisdiction, for a basic issue in any case before a tribunal is its power to act, and a court must have authority to decide that question in the first instance" [Rescue Army v Municipal Court of Los Angeles, 171 P2d 8; 331 US 549; 91 L. Ed. 1666, 67 S. Ct. 1409].**

**RESCIND OF SIGNATURES**

Beneficiary, Angel-Luis:Martinez Jr© hereby revokes, rescinds and cancels ANY AND ALL signatures, and cancels any and all silent or assumed powers of attorney of any parties, known or unknown contracts conferring trusteeship causing the Beneficiary to be placed as a trustee to the Trust. Beneficiary has given unto the Administrative Trustees POWER OF ATTORNEY OF LIMITED FIDUCIARY DUTY of that political subdivisions office, such power of attorney is only limited "TO" when such claims or allegations are made against the trust for an injury.

## APPOINTMENT OF TRUSTEE

## NOTICE OF FIDUCIARY TRUSTEESHIP DUTY

LIMITED FIDUCIARY TRUSTEESHIP CONTRACT

**This appointment cannot be rejected because appointees are already trustees; this is just a formality.**

I, Angel-Luis:Martinez Jr©, as Grantor and Sole Beneficiary of the ANGEL LUIS MARTINEZ JR©, *Cestui Que Vie Trust,* a documented vessel under United States registry, otherwise described as ANGEL LUIS MARTINEZ JR©, or any alphabetical or numerical variation thereof, a.k.a. (Debtor), make the following declarations.

**Beneficiary hereby revokes, rescinds and cancels any and all signatures, and cancels any and all silent or assumed powers of attorney of any parties, known or unknown contracts conferring trusteeship causing the Beneficiary to be placed as a trustee to the Trust. Beneficiary has given unto the Administrative Trustees POWER OF ATTORNEY OF LIMITED FIDUCIARY TRUSTEESHIP DUTY of that political subdivision as they have assumed the title of sovereign to hold that political subdivision office. Such power of attorney is limited "To" when such claims or allegations are made against the trust for an injury.**

All government representatives/actors operate in a fiduciary/trustee capacity in particular, and in specific, in a courtroom situation, the court case itself is a trust. The prosecutor/District Attorney is the executor/trustee of the trust; the named defendant, which is always a fictional entity named in all CAPITAL LETTERS, is the trust itself. The living man is the grantor/sole beneficiary of the all capital letter fictional entity/trust. The only courts which the public has access to today are legislative/administrative courts which enforce codes and statutes, which codes and statutes only apply to corporations or other fictional entities, because the Sovereigns (the people upon whom Sovereignty rests in this nation) are not named in the codes and statutes, and therefore, are not subject to them. **These courts have no jurisdiction over the living man**. When the judge and the prosecutor use deceit and trickery to cause the Living Man to believe he is actually the defendant, **those public officers have breached their fiduciary duties, and breached their contract with the public, and are subject to legal action without any form of immunity.** Upon entry of public office the public officers named or otherwise identified herein agreed to such contract under TITLE 28>PART V>CHAPTER 115>§1746. **Unknown declarations under penalty of perjury,** USAM TITLE 9 Criminal Resource Manual 1760 Perjury Cases & Title 22 CFR FOREIGN RELATIONS 92.18 Oaths and Affirmations defined. Once trustees assume the

duty to public offices they now become a trustee and accepted limited trusteeship to the people of that National State. As there is a Quasi Contract/Constructive Contract to hold that public office in good faith, said trustees need not to be notified or reminded of their Quasi Contract/ Constructive Contract obligation when called upon by the Beneficiary to step into such trusteeship in behalf of the Beneficiary as it would be one from their Administrative Offices that would cause said Trust to be called into question. Any refusal of any Administrative Trustee to accept limited Trusteeship over said Trust upon the request of the Beneficiary would cancel any and all claims or allegations of perjury made by any administrative party.

**If for any reason a Licensed Practitioner, whether named or unnamed herein,** is required to represent the Beneficiary, said Practitioner takes on the role of Trusteeship and therefore takes on full responsibility of debt and liability of such actions, releasing the Beneficiary of any and all claims and damages. Said Practitioner also is required to come under TITLE 28>PART V>CHAPTER 115>§1746. Unsworn declarations under penalty of perjury, USAM TITLE 9 Criminal Resource Manual 1760 Perjury Cases & Title 22 CFR FOREIGN RELATIONS 92.18 Oaths and Affirmations defined, upon entry of said public service to the court.

Although the persons identified herein already hold a fiduciary trusteeship, I find it necessary to point this out to them because they have heretofore ignored their lawful fiduciary duties, and are Acting/have Acted in blatant disregard of those duties. Therefore, I, Angel-Luis of the Martinez Jr Beneficiary, do hereby **appoint the Representative THE STATE OF TEXAS  and/or his successor(s), as the principal Fiduciary Trustee,** as well as any of his/her assistants, as co-Trustee for any judicial or administrative matter in which the ANGEL LUIS MARTINEZ JR *Cestui Que Vie Trust* may be involved, past, present and future, and specifically for the "Cause No: 70443", and I specifically appoint the Co-Trustee(s) to settle and close the matter of any and all bonds, warrants, securities, hypothecations and related Instruments, (hereinafter Accounts/ Cases) to date of inception, zeroing the account. Whereas, said fiduciary trustees responsibilities are to exercise scrupulous good faith and candor towards, and for the benefit and behalf of ANGEL LUIS MARTINEZ JR.

Grantor and Sole Beneficiary of the ANGEL LUIS MARTINEZ JR *Censui Que Vie Trust*, the exclusive and limited purpose of accepting and receiving all liabilities, accepting and receiving all service of process and other documents, instruments, bonds or other important papers, to appear and discharge, settle and close all matters material to said Trust, the same shall be by order of ANGEL LUIS MARTINEZ JR.

Grantor and Sole Beneficiary of the ANGEL LUIS MARTINEZ JR *Cestui Que Vie Trust*, or other delegated appointee of ANGEL LUIS MARTINEZ JR, including assignments for or on

behalf of the principal Secured Party Name, and to do all other acts requisite to faithfully execute said appointment, fully, faithfully, specifically under this appointment.

The trustees assume all responsibility of any debt and liability for said Trust. Said Trustees assume all contractual agreements when the Trust comes into question by one of their Administrative Officers who would make claims or allegations of an injury caused by such Trust. Said Trustees assume full responsibility of debt and liabilities of all hidden power of attorney agreement(s) created from the certificate of Birth or by any other account number given to such Trust by the FEDERAL UNITED STATES as a contract that would be given to that of a UNITED STATES citizen.

Mike Waldman; Shelly Strimple and/or his/her successors, as Fiduciary Heir, speculation with Trust funds is prohibited in the doctrine of Fiduciary obligation and thereby presents firm guide to you. The pre-emergence characteristic of speculating, by assuming use of public debt, is a breach of the public trust. In my Acceptance of Public Office of said Respondent(s) STATE OF TEXAS Cause No: 70443 (accounts), which has been given value and are Exempt from Levy. **I request adjustment to the accounts to zero and the release of all proceeds, products, accounts, any/all fixtures and/or instruments, bonds and order them to be sent to the Secured Party. In that, no one is registered in the local chamber/community to operate against this flesh and blood human in commerce.**

As the administer of the criminal bonds, you know that all interactions between people (persons) are commercial undertaking based on on Commercial law (contracts), to include any legal proceedings. With this in mind, even any type of legal action, which the corporate individual Prosecutors name, and/or his/her Successors, causing the action or sign the order of cause(s), must register their claim(s) in the Commercial Registry, or said individual using an assumed tax exemption of the **CORPORATE DEBTOR, ANGEL LUIS MARTINEZ JR, that is named as the defendant thereby causing fraud.**

## CAVEAT

Mike Waldman; Shelly Strimple, and/or his/her successors, in his/her individual capacity as well as his/her appointed capacity has had every opportunity to respond to the Proof of Claim instrument(s) that were addressed and sent to him/her by Certified Mail, [See Exhibits]. For the Court Record, Mike Waldman; Shelly Strimple, and/or his/her successors, must comply with the Proof of Claim answering each question that has been presented by Affidavit Form and sent back to the Court.

The verified petition set forth certain fact(s), made inquiries, and provided proposed answer to the inquiries for the official record. Petitioner provided notices to the Respondent(s) that any failure to answer would be accepted to assent to all claimed facts and answers to inquiries, STARE DECISIS, by Tacit Procuration. As of operation of Law, Respondent(s) are in DEFAULT, admit fault, and assent to all verified claims and answers to injuries provided in Petitioners Petition by tacit procuration. The Collateral being held in trust, in the Department of Corrections shall be released based on the facts and upon the evidence that has been obtained, for the use of and to obtain the Order for Release by the State entities that shall be utilized to assure the release of said collateral, as the court has no jurisdiction over the living human flesh and blood. **If release of property is not agreed to within 72 Hours [Regulation Z grace] then a hearing to appoint the Trustee doing business as Prosecutors name and/or his/her successor(s) but not limited to appointment of any/all judge(s), Agent(s) or Appointed Counsel(s) as Co-Trustee.** From the time Prosecutors name and/or his/her successors and Appointed Judge(s) accepted membership to the STATE BAR OF TEXAS, his/her citizenship is voided accepting the "honour" incapable of holding any office and/or trust for profit. Having Sworn an Oath to a foreign power, their lawful status is that of Alien(s) as articulated in Title 8 U.S.C.A. Sec. 1101 (a)(3). It has been confirmed by the people in Congress that the officials are hiding behind their FOREIGN SOVEREIGN IMMUNITY ACT. This can be validated under **RULE 4 J of the Federal Rules of Civil Procedures that ALL OF THE OFFICIALS IN THIS COUNTRY ARE ACTING UNDER A FOREIGN STATE. THEY ARE OPERATING OUTSIDE THE JURISDICTION OF THE UNITED STATES. NO CITY OR COUNTY CAN HEAR ANY CASES DEALING WITH CORPORATIONS,** and then the lower courts have jurisdiction over we the people.

### JUDICIAL NOTICE

Comes Now, the United States (hereinafter "Intervenor" ex relatione Angel-Luis:Martinez Jr©, Citizen of ONE OF the United States of America (hereinafter "Relator") and hereby seeks to place upon the record in this Court of his/her **Judicial Notice** in the above called/styled/titled civil action for reasons set out herein below, and shows the Court as follows: **ALL PARTIES ARE HEREBY NOTICED:**

Alleged Defendants in the above called/styled/titled civil action File # 70443 bring this **Judicial Notice** to cause the court **to take Judicial Notice** of the following:

Therefore, I, Angel-Luis of the Martinez Jr family Beneficiary, do hereby **appoint the STATE OF TEXAS Representative Mike Waldman; Shelly Strimple, and/or his/her successor(s) as the principal Fiduciary Trustee(s), as well as any of his assistants, as Co-Trustees for any judicial or administrative matter in which the ANGEL LUIS MARTINEZ JR *Cestui Qui***

*Vie Trust* **may be involved, past, present and future, and specifically the Cause No: 70443, and I specifically appoint the Co-Trustee(s) to settle and close the matter of any and all bonds, warrants, securities, hypothecations and related instruments, (hereinafter Accounts/ Cases) to date of inception, zeroing the account. Whereas, said fiduciary trustee(s) responsibilities are to exercise scrupulous good faith and candor towards, and for the benefit and on behalf ANGEL LUIS MARTINEZ JR.**

## LEGAL NOTICE AND DEMAND

The Undersigned Secured Party, Angel-Luis:Martinez Jr©, is **NOT** and was **NEVER** a Citizen or Resident of any Corporate commercial STATE including Texas. From approximately 7/11/78 to  5|9|18  , the undersigned Secured Party **did** live at the Texas Republic as his/her domicile. The Secured Party also **did** operate and conduct business as Texas Public as authorized representative at all times indemnified through the commercial vessel trust FIRST MIDDLE LAST; from approximately 7/11/78 to  5|9|18  , until changing the legal domicile of said trust to Texas Republic at/around 2/2/17.

There is an established distinction between the Texas Republic in contrary to the [corporate/ commercial] Texas. There is an established distinction between Angel-Luis:Martinez Jr©, the living man in the Republic and not engaging in commerce, in contrary to the [Trust/vessel] ANGEL LUIS MARTINEZ JR, a legal entity/contract trust entity.

The Secured Party, Angel-Luis:Martinez Jr© is **not** and **never** was a Strawman Vessel in Commerce, Corporate Fiction, Legal Entity, ens legit, or Transmitting Utility of, for, by, or to the Texas during those years from 7/11/78 to  5|9|18  nor at any other moment in time.

The Undersigned Secured Party hereby **revokes all** his/her signature(s), agreement(s), or assent from any/all actual, expressed, implied, constructive and/or presumed power-of-attorney contract(s) by any/all agents/officers/operatives/contractors/assignees or successors on, by, for, with, or on behalf of Texas. The Secured Party expressly waives and/all consent for, from, or to any/all contracts, for good cause for reason of: **fraud; lack of full disclosure, duress.** Therefore, the Undersigned hereby cancels and makes **VOID** any/all contracts with Texas nun pro tunc to 7/11/1996 which is the first date of his/her 18th birthday and the age of maturity to consent to any contract(s).

Secured Party, Angel-Luis:Martinez Jr©, hereby waives all benefits or privileges or any contracts with Texas of any kind; expressed, implied, actual, constructive, or adhesion-based contracts. **To Be Clear-** any contracts, benefits, or privileges of any kind were signed under duress and

without full disclosure - any contracts whatsoever between the undersigned secured party and Texas are hereby **VOID FOR FRAUD**; and **are hereby NULL AND VOID.**

In addition, all of the Secured Party's statements, terms and conditions as so stated in the LEGAL NOTICE AND DEMAND constructive contract on public record with the SECRETARY OF STATE OF FLORIDA as of 2/2/17; are hereby incorporated and re-alleged as regards to Texas.

This is a public notice and a binding contract with the Texas as such; that the reservation of rights, fee schedule, and other terms in all 21 pages, attachments, and exhibits including Legal Notice and Demand, Attachment 'A' Definitions, Security Agreement, and Public Servant Questionnaire are hereby in fully incorporated as to Texas similar as so stated/alleged with regards to Texas, by this statement hereto. Texas agrees to same terms and fee schedules as substitute Texas for Texas.

Furthermore, this and all pertinent documentation has been filed as public record under necessity in the Commercial Registry of the State of Florida under filing number 201700220894. This is notice and acceptance by Texas via the receipt of this mailing and subsequent official filing in the Secretary of State of Texas's public record filing registry as actual and constructive notice.

Therefore, this is notice and acceptance by Texas via the receipt of said mailing and subsequent official filing in the Secretary of State of Texas's public record filing registry as constructive notice(s) to Texas.

If a duly authorized representative of Texas has a position that this notice is in any way in error or disagree(s) with the statements made herein, there is a duty to reply to this notice with any/all concerns or rebuttals within 30 days or the statements made by the undersigned herein with all <u>as fact</u> prima facie.

**Notice to Agent is Notice to Principle and Notice to Principle is Notice to Agent**

**FOR DEPOSIT[1] PURSUANT TO 48 Civil Federal Rules[2]**

**RELIEF SOUGHT & CONCLUSION**

Mike Waldman; Shelly Strimple, and/or his/her successors, representing the 264th Judicial District Court of Bell County, Texas including county and state name knowingly and willingly, allow the STATE OF

---

[1]Black's Law Dictionary 8th edition page 471 "Deposit" 3.5 under civil law [Cases: Bailment 2 C.J.S. Bailments §§ 5, 14, 16-19]. Also [1 C.J.S. Bailment §§ 2-13,15,19.22-24,31].

TEXAS to proceed against the Secured Party, committing a malfeasance of justice, through negligence and/or inadvertence to secure and present the Proper Parties, e.g. "THE STATE OF TEXAS" serve proper service of process on presentment or indictment of a duty constituted Grand Jury, contrary to both State and Federal Constitutions. This Court did, in fact, "charge" ANGEL LUIS MARTINEZ JR, a DEBTOR (hereinafter and in any context relating to any action "debtor"), a governmentally created fiction, existing for Commercial purposes only, existing in contemplation of Law, and non-existent. This Secured Party is the Holder-In-Due-Course and has established an un-rebuttable Superior Claim over that of the STATE OF TEXAS concerning the Debtor. Furthermore, the STATE OF TEXAS cannot state a claim against DEBTOR ANGEL LUIS MARTINEZ JR

**It is well within this COURT'S discretion to Order the following requests for relief:**

1.  That the Full courts name including county and state of name, Cause No: 70443 be vacated for want/lack of Subject Matter Jurisdiction and Dismiss With Prejudice;

2.  That the Secured Party, Angel-Luis:Martinez Jr.© be DISCHARGED from the custody of any/all STATE OF TEXAS AGENCIES;

3.  That Mike Waldman; Shelly Strimple and/or his/her successors, must prove and provide on the record that he/she had either jurisdiction or any Law that can supersede the Holder-In-Due-Course Priority Claim. If, Mike Waldman; Shelly Strimple, and/or his/her successors, state any Law, please have him/her for the record show any/all Certificates of Statutes related to those Laws he may use;

4.  That Mike Waldman; Shelly Strimple, and/or his/her successors, must prove and provide said proof on the record that he/she or the Court had lawful jurisdiction over the Living Man/Secured Party Angel-Luis:Martinez Jr.©

5.  If Mike Waldman; Shelly Strimple, and/or his/her successors, cannot provide any of the above, Secured Party Angel-Luis:Martinez Jr.© requests a Hearing to appoint Mike Waldman; Shelly Strimple and/or his/her successors, as Trustee(s) of Full debtor name and the Secured Party Angel-Luis:Martinez Jr.© be released/discharged from **any and all** obligations owed to the STATE OF TEXAS.

Executed by my own hand this __9__, day of __May__, of the year 2018.

*Angel Luis Martinez Jr*

Angel-Luis:Martinez Jr.©, In Propria Persona

Trade Name Owner, Holder-In-Due-Course Secured

Party Creditor Angel-Luis:Martinez Jr.©

**Certificate of Service**

I, Angel-Luis:Martinez ©, have/has served the following via U.S. Mail as follows:

Untied States District Court

United States District Court, Western District of Texas, Waco Division

Attn: Clerk

U.S. District Clerk's Office

800 Franklin Ave., Room 380

Waco, Texas 76701

STATE OF TEXAS

D/B/A Mike Waldman; Shelly Strimple

Bell County Justice Center

1201 Huey Rd.

Belton, Texas 76513

On this 9 day of May of the year 2018.

Angel-Luis:Martinez Jr.©

**EXHIBIT "A"**

**CAFV CASE NO:** _70443_

**CERTIFIED MAIL NO: [SEE ATTACHED]**

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Martha Trudo
Clerks Office
1201 Huey Road
Belton, Texas 76513

PS Form 3811, February 2004                    Domestic Return Receipt

2. Article Number
(Transfer from service label)    7006 0810 0003 2326 2626

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____    ☐ Agent
Gwenda Thompson            ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                  8/18/17

D. Is delivery address different from item 1?    ☐ Yes
   If YES, enter delivery address below:          ☒ No

3. Service Type
   ☒ Certified Mail       ☐ Express Mail
   ☐ Registered           ☐ Return Receipt for Merchandise
   ☐ Insured Mail         ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Henry Garza
C/o District Attorneys Office
1201 Huey Road
Belton, Texas 76513

PS Form 3811, February 2004                    Domestic Return Receipt

2. Article Number
(Transfer from service label)    7006 0810 0003 2326 2619

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____    ☐ Agent
                           ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
Nene Gonzales              8-16-17

D. Is delivery address different from item 1?    ☐ Yes
   If YES, enter delivery address below:          ☐ No

3. Service Type
   ☐ Certified Mail       ☐ Express Mail
   ☐ Registered           ☐ Return Receipt for Merchandise
   ☐ Insured Mail         ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

102595-02-M-1540

**EXHIBIT "B"**

**NOTICE OF FAULT AND OPPORTUNITY TO CURE**

**CERTIFIED MAIL NO: [SEE ATTACHED]**

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Henry Gayza
1201 Huey Road
Belton, Texas
76513

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Joe Casey_                ☐ Agent
                             ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery
_Joe Casey_                        10-6-17

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)   7006 0810 0002 3526 2671

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Martha Trudo or Successor
1201 Huey Road
Belton, Texas 76513

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Joe Casey_                ☐ Agent
                             ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery
_Joe Casey_                        10-7-17

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
*(Transfer from service label)   7006 0810 0002 3526 2664

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**EXHIBIT "C"**

**PETITION FOR REDRESS OF GRIEVANCES IN THE NATURE OF A**

**PRIVATE INTERNATIONAL ADMINISTRATIVE REMEDY**

**CERTIFIED MAIL NO: [SEE ATTACHED]**

29

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Martha Tyad
1201 Huey Road
Belton Texas 76513

9590 9402 2025 6123 9870 38

2. Article Number (Transfer from service label)

7006 0810 0002 3526 2800

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X Gwendla Thomas  ☑ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
Gwendla Thompson   11/08/17

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☒ No

3. Service Type
☐ Priority Mail Express®
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Henry George
Bell County Justice Center
1201 Huey Road
Belton Texas
76513

2. Article Number
(Transfer from service label)

7006 0810 0002 3526 2794

PS Form 3811, February 2004

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X K. Hogue  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
K. Hogue   11/27/17

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery?  ☐ Yes

Domestic Return Receipt

102595-02-M-1540

**EXHIBIT "D"**

**FILED STAMP COPY OF UCC-1**

## UCC FINANCING STATEMENT
**FOLLOW INSTRUCTIONS**

FLORIDA SECURED TRANSACTION REGISTRY

# FILED

2017 Feb 07 08:00 AM

****** 201700220894 ******

**A. NAME & PHONE OF CONTACT AT FILER (optional)**

**B. E-MAIL CONTACT AT FILER (optional)**

**C. SEND ACKNOWLEDGMENT TO:  (Name and Address)**

Angel- Luis: Martinez Jr
c/o P.O. Box 5517
Caguas, Puerto Rico [ 00726 ]
Non-Domestic / Non-Assumpsit

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S NAME:** Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| ANGEL LUIS MARTINEZ JR TRUST© | | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 1213 OXFORD WAY | COCOA | FL | 32966 | USA |

**2. DEBTOR'S NAME:** Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| ANGEL LUIS MARTINEZ JR; NON-ADVERSE; NON-BELLIGERENT; NON-COMBATANT PRIVATE FOUNDATION | | | | |
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 1213 OXFORD WAY | COCOA | FL | 32966 | USA |

**3. SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| Martinez Jr | Angel-Luis: | | | |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| c/o P.O. Box 5517 | Caguas | Puerto Rico[ 00726 ] | | uSA |

**4. COLLATERAL:** This financing statement covers the following collateral:

This is the entry of collateral by Trustee/Secured Party on behalf of the Trust/Estate; ANGEL LUIS MARTINEZ JR TRUST© in the Commercial Chamber under necessity to secure the rights, title(s), interest and value therefrom, in and of the Root of Title from inception, as well as all property held in trust including but not limited to DNA, cDNA, cell lines, retina scans, fingerprints and all Debentures, Indentures, Accounts, and all the Pledges represented by same included but not limited to the pignus, hypotheca, hereditments, res, the energy and all products derived therefrom nunc pro tunc, contracts, agreements, and signatures and/or endorsements, facsimiles, printed, typed or photocopied of owner's name predicated on the 'Straw-man,' Ens legis/Trust/Estate described as the debtor and all property is accepted for value and is Exempt from levy. Lien places on debtor entities is for all outstanding property still owed but not yet returned to trust from entities such as municipalities, governments and the like , not on trust entity itself. Trustee is not surety to any account by explicit reservation/indemnification. The following property is hereby registered and liened in the same: All Certificates of Birth Document 156-78-208286/M00847553, SSN/UCC Contract Trust Account-prepaid account Number:                  Exemption Identification Number:                 is herein liened and claimed at a sum certain $100,000,000.00, also registered: Security Agreement No. 07111978-ALM-SA, Hold Harmless & Indemnity Agreement No. 07111978-ALM-HHIA, Copyright under item no.: 07111978-ALM-CLC Adjustment of this filing is in accord with both public policy and the national Uniform Commercial Code. Trustee/Secured Party, Angel- Luis: Martinez Jr, is living flesh and blood sojourning upon the soil of the land known as Puerto Rico, and not within fictional boundaries, territories nor jurisdiction of any fictional entity including fictional Federal geometric plane(s). Trespass by any agent(s) foreign or domestic, by such in any scheme or artifice to defraud. Full reverence and by ALL AGENTS and Corporations is unambiguously demanded and required. Culpa est immiscere se rel ad se non pertienti. All property

**5. Check only if applicable and check only one box:** Collateral is ☑ held in a Trust (see UCC1Ad, item 17 and instructions) ☐ being administered by a Decedent's Personal Representative

**6a. Check only if applicable and check only one box:** ☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☑ A Debtor is a Transmitting Utility     **6b. Check only if applicable and check only one box:** ☐ Agricultural Lien ☐ Non-UCC Filing

**7. ALTERNATIVE DESIGNATION (if applicable):** ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

**8. OPTIONAL FILER REFERENCE DATA:**

Date: 01-05-2017

Signature: Angel- Luis: Martinez-Jr ttee

International Association of Commercial Administrators (IACA)

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

No FL Documentary tax Stamp needed

**EXHIBIT "E"**

**FILED COPY OF TRUST**

2016

# ANGEL LUIS MARTINEZ JR TRUST

DOCUMENTS INCLUDED

ABSTRACT OF TRUST

CERTIFICATION OF TRUST

1213 OXFORD WAY, COCOA, FL, 32966
lillyom27@gmail.com        787-710-5505

Page 1 of 5

# ABSTRACT OF TRUST

## Section I: Trust Information

Trust Information and Dates
  a. The Trust is legally named "ANGEL LUIS MARTINEZ JR Trust"
  b. The trust is Irrevocable
  c. This trust was established December 15, 2016 at:
     1213 OXFORD WAY, COCOA, FL, 32966.
  d. This trust has not been amended.
  e. The EIN of this trust is _____ 82 - 624 9016

## Section II: Trustee Information

Current Acting Trustee(s)
  a. Angel-Luis: Martinez Jr, TTEE
  b. Angel Luis Martinez Claudio, TTEE

The Trust requires unanimous consent among the Trustee(s) to establish an account with respect to Trust assets, but only one trustee is required to be an authorized account manager.

## Section III: Beneficiary Information

The Certificate Holders are:
  a. Min Pil
  b. Ileana Pil

# CERTIFICATION OF TRUST

This Certification of Trust was created December 15, 2016. The Trust has been legally created as an Irrevocable Trust. All rights and title to the assets and income of this Trust is vested solely in the Board of Trustees.

We Angel-Luis: Martinez Jr, TTEE and Angel Luis Martinez Claudio, TTEE certify that we are the trustees of a trust entitled ANGEL LUIS MARTINEZ JR TRUST, created by Declaration of Trust dated December 15, 2016.

We the undersigned, as the current acting Trustees declare and certify to this financial institution:

1. We declare that I have full authority under the above referenced Trust to sign on behalf of the Trust and to open and close accounts, perform deposits, withdraw, and transfer funds on behalf of the Trust.

2. We declare that I have full authority under the above referenced trust to open, enter and remove contents and close safe deposit boxes and open or close accounts.

3. Without limiting the foregoing specifically, we have the authority to open accounts, perform deposits, and withdraw funds, transfer funds, and close accounts at the aforesaid bank.

4. The Trustee will not direct aforesaid bank to take any action unless the Trustee has the power to act and such powers are properly exercised.

5. Pursuant to the terms of the Trust, the Trustee has the power to contract for banking and other financial services and to transfer, purchase and/or sell financial assets and investments, including securities.

6. If requested, we will provide Bank with copies of excerpts of the original Trust instrument and amendments designating the Trustee and/or other powers conferred on Trustee in support of a pending transaction under this certification.

7. The trust has not been revoked, modified or amended in any manner which would cause the representations contained in this certification to be incorrect.

8. All information contained in this certification is true and correct, and you (Aforesaid Bank), as a third party conducting business with the Trustee may rely on this information until you receive written notice of any changes signed by the Trustee.

9. The Trustees may sign for an Electronic Debit Card and/or Credit Card.

10. In addition to the above powers, the Trustee has the following authorities:
    a. The authority to grant power of attorney.
    b. The authority to encumber trust property.
    c. The authority to authorize borrowing on behalf of the trust.
    d. The authority to appoint a general manager as signer on trust accounts.

11. We agree to defend, indemnify and hold aforesaid Bank harmless from any and all claims, demands, liabilities, costs or expense, including, but not limited to reasonable attorney's fees which it may suffer or incur by any reason of its reliance upon any statement contained herein.

12. This organizational document and all Trust business will be kept private, protected by the privacy act of 1974. Title 5 U.S.C. 552(a), the fourth and fifth Amendments of the Constitution for the United States of America, the common law privacy rights available in the United States of America and every other applicable jurisdiction.

We declare under penalty of perjury under the laws of the united states of America that the foregoing is true and correct.


Executed this December 15, 2016.
I as the executive trustee certify and verify that this document is true and correct to the best of my knowledge under notary seal:


Angel-Luis: Martinez Jr, TTEE, Executive Trustee


This document is executed under the penalty of perjury; [in nature of 28 U.S.C. § 1746(1)] expressly without UNITED STATES, [i.e., "28 U.S.C. § 3002(15)(A); U.C.C. § 9-307(8); U.S.C.A. Const. Art. 1:8:17- 18,"] Administered by a commissioned officer, i.e., Notary Public in accordance who is also acknowledging same [in accordance Fed.R.Evid. 902(1)(B)].


JURAT

County of  Adams        )
                        ) Scilicet
Colorado        State   )

SUBSCRIBED AND SWORN TO before me this __5th__ day of __January__ A.D. 20_17_ .


_____ Seal
Notary Public Signature

My Commission Expires _May 16 2019_

STEPHANIE MENDOZA
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20134031391
MY COMMISSION EXPIRES MAY 16, 2017

*This space was intentionally left blank.*

Page **4** of 5

I as the secretarial trustee certify and verify that this document is true and correct to the best of my knowledge under notary seal:

_Angel L. Martinez Claudio_

**Angel Luis Martinez Claudio**, TTEE, Secretarial Trustee

This document is executed under the penalty of perjury; [in nature of 28 U.S.C. § 1746(1)] expressly without UNITED STATES, [i.e., "28 U.S.C. § 3002(15)(A); U.C.C. § 9-307(8); U.S.C.A. Const. Art. 1:8:17- 18,"] Administered by a commissioned officer, i.e., Notary Public in accordance who is also acknowledging same [in accordance Fed.R.Evid. 902(1)(B)].

JURAT

County of ___Brevard___ )
___Florida___ State ) ) Scilicet

SUBSCRIBED AND SWORN TO before me this ___28th___ day of ___September___ A.D. 20 __17__.

___Ely Cason___ Seal
Notary Public Signature

My Commission Expires ___1~31~18___

**ELLERY CASON**
MY COMMISSION # FF 086204
EXPIRES: January 31, 2018
Bonded Thru Budget Notary Services

/
/
/
/
/
/
/
/
/
/
/
/
/
/
/
/
/
/
/
/

*This space was intentionally left blank.*

# DECLARATION OF TRUST
## AN IRREVOCABLE TRUST ORGANIZATION

administered in, any state or territory of the United States of America, or in any English common law foreign jurisdiction.

**PRIVACY:**
This organizational document and all company business shall be kept private, protected by the Privacy Act of 1974, 5 USC 552(a), the Fourth and Fifth Amendments to the Constitution of the United States, and the common law privacy rights available in the United States of America and every other applicable jurisdiction.

**TERM OF YEARS:**
This organization, unless terminated earlier as provided herein, shall continue for a term of 25 (twenty-five) years. The life of the company may, however, be extended for additional 25-year terms, subject to a unanimous affirmative vote of the Board of Trustees at least ninety days prior to each termination date. At dissolution, the trust estate shall be distributed on a pro-rata basis to the then existing certificate holders.

**COMPANY NAME:**
This organization shall be named as shown on page one of this contract and declaration. This shall be deemed the company name. Company business shall be conducted under this name, or under one or more fictitious trade names, or in the name of a Trustee or nominee determined at the sole discretion of the Board of Trustees.

**IN WITNESS WHEREOF:**
Creator and Trustee execute this contract and declaration in recognition of the delivery and acceptance of the property named herein, and in recognition of the powers and duties imparted to Trustees of this organization. They assent to all the terms and conditions set forth herein, and declare that the effective date of this organizational document is infra.

## JURAT

In compliance with Title 28 U.S.C. § 1746(1), and executed WITHOUT THE UNITED STATES, we affirm under the penalties of perjury, and to the laws of the De Jure United States of America, that the foregoing is true, correct, and complete to the best of my belief and informed knowledge. And Further the Deponent Saith Not. I now affix my Signature and Official Seal to the above Document with EXPLICIT RESERVATION OF ALL OUR UNALIENABLE RIGHTS, WITHOUT PREJUDICE TO ANY OF THOSE RIGHTS, in compliance with UCC § 1-308:

This agreement is entered into and executed willingly, knowingly and voluntarily by each party in good faith, and shall endeavor to execute the promises, terms and conditions herein with diligence and in the best interest of the other party this December 15, 2016 A.D.

Executed at the following address:     **1213 OXFORD WAY**
                                        **COCOA FL 32966**

| **Creator** | **Trustee** |
|---|---|
| _Angel-Luis Martinez Jr_ | _Angel L. Martinez Claudio_ |
| Signature of Creator | Signature of Trustee |
| Address:     Angel-Luis: Martinez Jr | Address:     Angel Luis Martinez Claudio |
|     c/o P.O. Box 5517 |     P.O. Box 5517 |
|     Caguas Puerto Rico [00726] |     Caguas Puerto Rico [ 00726 ] |

### W I T N E S S E S

We the undersigned Witnesses hereby STAND and Attest that the fore signed, signed this document on the date listed supra, of their own Free Will, as witnessed by Our Signatures below:

_(First Witness Signature)_         _Sishins Solution_
First Witness Signature             Second Witness Signature

# DECLARATION OF TRUST
## AN IRREVOCABLE TRUST ORGANIZATION

THIS declaration of trust made this day between the undersigned parties, known hereinafter as the **"Creator"** and the **"Trustee"** agree to wit:

1. Creator herein offers for consideration to create an organization under common law having a fixed number of certificates which evidence a right of distribution, commonly known as an Irrevocable Trust Organization or Unincorporated Business Organization, and
2. Trustee herein agrees to the exchange, in trade, good and valuable consideration for certificates of the newly created organization, <u>ANGEL LUIS MARTINEZ JR Trust,</u>

### THEREFORE, the parties mutually agree, promise and covenant as follows:

**CONSIDERATION:**

a) Trustee herein agrees to bargain, exchange, assign, convey and deliver to this organization or its appointed Trustee
b) Immediately upon execution of this agreement, Creator agrees to appoint a Trustee having authority to carry out the exchange and hold and administer the consideration received.
c) This initial exchange, a description of the consideration, whether personal and/or real property, and the number of certificates issued, shall be documented in the minutes of the organization.
d) Both parties herein contract to perform, and agree that this exchange is not a sale or a gift, but an equal-in-value exchange.

**ADMINISTERED AS TRUST ESTATE:**

a) Assets of this organization shall be deemed, for administrative purposes, a trust estate and the consideration received from Trustee shall be deemed the initial corpus.
b) Any additional property received from any future Trustee or any party shall be deemed an addition to corpus.
c) Any persons may add property of any character to the trust estate at any time by gift, grant, conveyance, exchange, insurance proceeds, assignment, will or any other method so long as the property and method of transfer is approved by the Trustee(s).
d) All assets belonging to the trust estate shall be listed on Schedule "A", or an addendum to Schedule "A", and administered as provided herein.

**IRREVOCABLE AGREEMENT:**

a. The parties herein agree that this contract and declaration, including all trust provisions contained herein, shall be irrevocable.
b. Trustee irrevocably relinquishes all rights to the property exchanged into this organization.
c. Neither Creator nor Trustee nor any certificate holder shall have any right to revoke or amend this contract and declaration.
d. Amendments may only be made by unanimous approval of the Board of Trustees as provided herein. Further, the board of Trustees shall have exclusive power to construe and determine the meaning and intent of this contract and declaration.

**APPOINTMENT OF TRUSTEE:**

Upon execution of this contract and declaration, Creator shall appoint a Trustee, known hereinafter as the "first" Trustee, to administer this organization as provided herein. The first Trustee shall provide Creator a written acceptance of the appointment, which shall be made a part of the permanent records.

**BOARD OF TRUSTEES:**

a. The first Trustee, upon acceptance of the appointment, may thereafter appoint a second Trustee.
b. They in turn may jointly appoint one or more additional Trustees and may designate successors.
c. Trustees shall collectively act by authority of this contract and the trust provisions contained herein as a Board of Trustees for the purpose of holding and administering company assets for the benefit of certificate holders.
d. All members of the Board of Trustees shall serve without bonds.

# DECLARATION OF TRUST
## AN IRREVOCABLE TRUST ORGANIZATION

**DISCRETIONARY POWERS:**

    a.  The parties herein agree that the Board of Trustees shall have absolute and sole discretionary power over this organization, its assets and earnings therefrom.

    b.  The Board shall have authority to:

        a.  Determine what shall constitute principal and earnings,

        b.  how such assets shall be allocated, and

        c.  shall have absolute authority to determine if and when distributions of principal or earnings will be made to certificate holders.

**ACCEPTANCE BY TRUSTEES:**

The first Trustee, and all subsequent Trustees and successor Trustees, by accepting the appointment as Trustee of this organization causes all present and future Trustees to agree to the following:

    a.  They accept the initial gift or conveyance of property on behalf of the organization and acknowledge the delivery of all property specified on Schedule "A".

    b.  They agree to conduct the organization's affairs in good faith, in conformity with the terms and conditions set forth in this contract and its inherent trust provisions.

    c.  They agree to exercise their best judgment and discretion to conserve and improve the property of the trust estate in accordance with decisions of the Board of Trustees as set forth in the organization's minutes.

    d.  They agree, upon final liquidation of the trust estate, to distribute the assets to the existing certificate holders as their contingent rights may appear.

**ADMINISTRATIVE PROVISIONS:**

Trustees, and their successors, may hold administrative offices within the organization, and may singularly or collectively exercise authority granted by the Board of Trustees in the management of company affairs. They are herein authorized to exclusively manage, administer and control the trust estate without the consent of certificate holders. The following specific terms and conditions apply:

    a.  The Board of Trustees shall be at least one (1) in number, and may be increased as deemed necessary in the manner set forth above.

    b.  A Trustee may resign or be removed from the Board, with or without cause, by a resolution of the Board of Trustees determined by a majority vote.

    c.  In the event of death, removal from the Board, or resignation of a Trustee, the vacant position shall be filled by a successor Trustee, if pre-appointed, or the remaining Board of Trustees may appoint a successor by unanimous vote. Should the entire Board of Trustees become vacant, the trust will make full distribution to the beneficiaries.

    d.  The signing and acknowledging of this contract by any Trustee or Trustees shall constitute Trustees' collective acceptance of this contract and its trust provisions and Trustees' acknowledgment that **this organization's property and assets are vested in fee simple in the trust estate without any further act** or conveyance by the Board of Trustees. Trustees as discretionary fiduciaries shall hold legal and equitable title to all assets.

    e.  The Board of Trustees may provide for meetings at stated intervals without notice, and special meetings may be called at any time by one or more Trustees upon three day's written notice. At any regular or special meeting, a majority of Trustees shall constitute a quorum for conducting business, provided affirmative action may only be had upon a majority vote of Trustees, whether present or absent, except that in a special meeting called for a special purpose the majority present may affirmatively act in emergency matters. A telephone or fax vote shall be a valid vote.

    f.  Any resolution of the Board of Trustees shall be deemed within the Board's power so long as the resolution is not inconsistent with this organizational document and any amendments thereto.

    g.  Trustees shall be controlled by this document as amended and future resolutions of the Board of Trustees. All meetings and resolutions shall be recorded in a company minute book.

    h.  Trustees shall keep proper records and accounts as the Board of Trustees deems necessary for the proper

# DECLARATION OF TRUST
## AN IRREVOCABLE TRUST ORGANIZATION

management of the trust estate.

i.   Trustees shall not be required to individually assume liability for loss of company assets while acting in good faith on behalf of the organization, or for any act or omission of any other Trustees, agents or employees. They shall, however, be liable for their own breach of good faith. If a Trustee shall for any reason suffer a personal loss while providing good faith service to the trust, the Trustee shall be reimbursed for such loss from the trust estate further reimbursement may be documented in agreement with the trust.

j.   The Board of Trustees, at the expiration of the term as set forth herein, shall wind up company affairs and terminate the company operations, making final distribution as provided. If the organization was recorded publicly, Trustees shall file with the Recorder a notice of termination; and Trustees, thereupon, shall automatically be discharged, provided final administration and distribution was made in accordance with the terms and conditions of this agreement. Otherwise, a court of equity may be invoked to review and correct any tort or error, if necessary.

k.   When there are no longer trustees and beneficiaries the Manager will have the right to dissolve the trust by following the procedures in "J".

l.   Any Affidavits for Public Notice, Declarations, and Honorable Clarifications, not limited to any Corporeal and/or Incorporeal Hereditaments concerning any conveyance included in the Security Agreement, and/or Authenticated foreign document(s) is under the Hague Convention, 5 October, 1961.

**TRUSTEE POWERS:**

Trustees shall have general common law powers over the company and the trust estate herein, and may do anything any citizen may lawfully do in any state or country. Specifically, but not by way of limitation, they shall have all rights, authority and power as follows:

a.   To compromise or abandon any claims arising out of, in favor of, or against the company and its trust estate, and Trustees' good faith decision in that regard shall be binding and conclusive on all parties.

b.   To manage, invest and reinvest the trust estate, or any part thereof, in any kind of property or venture which men of prudence, discretion and intelligence consider for their own account, without being restricted to investments which are ordinarily permitted by law or customarily used for trust funds, and without restrictions as to the duration of this organization. Specifically included, but not by way of limitation, are real estate, collectables, gems, art works, precious metals, corporate obligations of every kind, preferred and common stock, commodities, mutual funds and trust funds.

c.   To open, maintain and close bank and thrift accounts of every kind, and conduct all monetary affairs of this trust.

d.   To sell at public or private sale for cash, credit, or cash and credit, and upon such terms and conditions as Trustees may deem proper.

e.   To sell, grant, convey, mortgage, option, rent, lease or pledge all trust estate assets, real, personal or mixed, in such manner as deemed appropriate and nondestructive to the general welfare of the trust.

f.   To borrow on or encumber the trust estate without restriction and to make loans with or without security. All borrowed funds shall immediately become a part of the trust estate.

g.   To allocate capital gains and/or dividends to trust principal as may be deemed appropriate or advantageous to the trust estate.

h.   To register company property in the name of the company, a fictitious trade name of the company, a Trustee or nominee so long as company ownership of such property can be clearly demonstrated.

i.   To make distributions in cash or in kind and to assign values to such property according to Trustees' best judgment.

j.   To accept additions to the trust estate by deed, will, assignment, exchange, gift, grant, insurance proceeds or any other methods deemed acceptable to Trustees. Trustees are further authorized to honor any buy-sell agreements extant as to any property or interest held in trust.

k.   To elect and remunerate officers from the Board or elsewhere as deemed appropriate or expedient. To hire and remunerate employees, agents or contractors. To incur and pay the ordinary and necessary expenses of administration, including, but not limited to, legal fees, accountant's fees, Trustee fees, brokerage fees, consulting fees and the like, and to allocate all the expenses and receipts between principal and income as

# DECLARATION OF TRUST
## AN IRREVOCABLE TRUST ORGANIZATION

Trustees shall deem proper.

l.  To give proxies, to deposit securities with and transfer title to committees representing securities holders and to participate in voting trusts, reorganizations and other transactions involving the common interest of security holders.

m.  To open margin accounts with securities firms and commodities traders and to buy, write or trade in options, commodities, and to make short sales. Trustees shall be empowered to hold securities in their own names, the name of a nominee, in street name, or unregistered in such condition that ownership will pass. Trustees shall incur no liability to the company for any loss. The Trust shall indemnify the trustee from all liability. Further, any securities firm or commodities traders may rely on this document and the trust provisions herein in respect of a Trustee's authority without making further inquiry.

n.  Trustees are expressly authorized to hold, manage and operate any company property, or business or enterprise. The profits and losses, if any therefrom, shall be chargeable respectively to the trust estate.

o.  Trustees are authorized to pay all taxes out of the trust estate, and have complete discretion, power and authority to make any decisions or elections that would effectively minimize such taxes if any taxes are eligible to be levied.

p.  Trustees may expressly delegate one or more of their powers to any other person or persons as may be deemed expedient for the management of company affairs, and may revoke such delegation at any time by written notice delivered to such persons.

q.  Trustees, by a majority vote, may change the domicile of the company with or without cause if they deem such change will protect or benefit the trust estate.

r.  Trustees, by unanimous vote, may make amendments to this contract and declaration and take such other consequential actions as they deem necessary or appropriate to protect the integrity of the organization and to insure the organization will continue to function and be administered in the best interest of certificate holders and in the manner intended.

s.  Trustees, by majority vote, may at any time and at their sole discretion wind up company affairs, terminate this organization and make distributions of the trust estate to certificate holders as provided herein.

**RIGHT TO DISTRIBUTION:**

Trustees have discretionary powers to make distributions from this organization without regard to equality of certificate holders except for final liquidation. Notwithstanding, a right to any distribution from this organization shall be evidenced by the holding of one or more certificates, and the following provisions respecting such certificates shall remain in full force and be carefully observed by Trustees, certificate holders, and interested third parties at all times:

a.  Trustees shall be authorized to issue one hundred (100) certificate units (hereinafter called TCUs or certificates), representing 100% of the rights to distribution from the organization's trust estate. Trustees shall not issue TCUs in excess of that number. The TCUs shall have no par value, and Trustees shall not place any nominal value on TCUs at any time. TCUs are non-assessable, nontaxable, nonnegotiable and limited in transferability. The lawful possessor shall be construed the true and lawful owner thereof. Creator herein may own TCUs. No person having or controlling a majority vote on the Board of Trustees, however, shall have or possess any rights to distribution from the trust estate.

b.  Trustees are authorized to receive property into the trust estate in exchange for a negotiated number of TCUs. The party exchanging the property shall be deemed to be a Trustee. All owners of TCUs shall be identified on a Registry of Trust Certificate Units, kept in the company minute book. Ownership of TCUs shall not entitle the holder to any legal or equitable title in the company or the trust estate, nor to any undivided interest therein, nor management thereof.

c.  TCUs shall be immune from seizure by any creditor of the lawful owner.

d.  Death, insolvency or bankruptcy of any TCU holder, or the transfer of his TCUs by gift, exchange or sale, shall not operate as dissolution of this organization or its operation or business; nor shall such events entitle his creditors, heirs or legal representatives to demand any partition or division of the trust estate or any special accounting. Death of a TCU holder shall terminate his or her rights under the TCU and said rights may not thereafter pass by probate or operation of law to any heir or legatee, but shall revert to the Board

# DECLARATION OF TRUST
## AN IRREVOCABLE TRUST ORGANIZATION

of Trustees to be reissued as determined by an action of the Board.

e.   TCUs may be surrendered to or transferred back to the organization subject to the approval of the Board of Trustees, but may not otherwise be pledged, assigned, hypothecated or transferred by a TCU holder without the consent of a majority in interest of all other current TCU holders. Should a TCU holder transfer or surrender his TCUs to the organization, the Board of Trustees may, at its sole discretion assign, convey or exchange said TCUs to any other person(s) or entities upon approval of the Board. If any TCU holder contests, in any court of law, the validity of this organization or any provision herein, or the authority of Trustees, that TCU holder's certificates shall revert back to the Board of Trustees and may be reissued to other parties at the discretion of the Board.

## NEGOTIATION AND EXCHANGE:
The Trustee is herein authorized to bargain, exchange, trade or sell certificates to a willing Trustee upon board approval at the initial Board of Trustees' meeting or any time thereafter.

## NOTICE TO THIRD PARTIES:
Notice is hereby given to all persons, companies or corporations extending credit to, contracting with or having claims against this organization or its Trustees, that they must look only to the funds and property of the organization for payment or for settlement of their damages, accounts receivable or claims. Trustees, officers or agents of this organization are not personally liable for the organization's obligations.

## COPIES AS ORIGINALS:
A copy of this organizational document bearing the seal or signature of a Trustee, or a copy certified by a Notary Public as a correct copy, shall be relied upon as an original document and shall have the full force and effect of the original document in every respect.

## PURPOSE AND INTENT OF THIS AGREEMENT:
This contract with trust provisions is intended to create a common law contractual company, (also known as an Unincorporated Business Organization) for receiving, conveying or holding property in fee simple, and for providing prudent management of such property, and for conducting any legitimate business through appointed Trustees for the benefit of certificate holders. Trustees shall hold both legal and equitable title to the trust estate, and shall act solely within their powers as provided herein and within their common law rights and immunities. The administration of this organization shall be amenable to Common Law regulation and under the protection of the Bill of Rights as well as Declaration of Independence, although Trustees can seek relief in any court or venue they may choose or deem necessary. If any provision herein is unenforceable, the remaining provisions shall nevertheless be carried into effect. Nothing herein contained shall be construed as intent to evade or contravene any law, nor to delegate to Trustees any special power belonging exclusively to a statutory company, franchise or incorporation, but rather in equity create an equal playing field.

## COMMON LAW ORGANIZATION:
Creator expressly declares this to be an organization founded upon the freedoms and rights inherent in the common law of the Republic of the United States of America, and all references herein to the United States shall be construed to refer to the Continental United States of America in its original context as set forth in the Constitution of the United States, the original Bill of Rights and the state constitutions of the several sovereign states comprising the union of the United States of America. This organization, then, is created under the common law of contracts, protected by Article I, Sec. 10, Para. 1 of the Constitution of the United States. It is, therefore, not created under the statutes of any U.S. state, and does not depend upon any statute for its existence. It is not a partnership or corporation or statutory trust, but a separate legal entity having its own common law identity.

## LEGAL DOMICILE:
This organization shall be domiciled in the state where it conducts its principal business. Notwithstanding, Creator herein provides that upon a majority vote of the Board of Trustees this organization may be moved to, and

---

# DECLARATION OF TRUST
## AN IRREVOCABLE TRUST ORGANIZATION

Address: _[handwritten]_      Address: _10929 E. Colfax ave_

_[handwritten]_      _Aurora, co 80010_

**EXHIBIT "F"**

**COPY OF FILED DISCHARGED BIRTH CERTIFICATE**

**SENT TO THE US TREASURY DEPARTMENT**



# THE CITY OF NEW YORK
## VITAL RECORDS CERTIFICATE

## CERTIFICATION OF BIRTH

This is a certification of name and birth facts on file in the Office of Vital Records, Department of Health and Mental Hygiene, City of New York.

| | |
|---|---|
| DATE OF BIRTH | JULY 11, 1978 |
| CERTIFICATE No. | 156-78-208286 |
| BOROUGH | BRONX |
| DATE FILED | 07-14 |
| DATE ISSUED | 02-22-11 |
| NAME | ANGEL LUIS |
| SEX | MALE |
| MOTHER/PARENT'S NAME | AWILDA RODRIGUEZ |
| FATHER/PARENT'S NAME | ANGEL LUIS MARTINEZ |

Steven P. Schwartz, Ph.D
City Registrar

Do not accept this transcript unless it bears the security features listed on the back. Reproduction or alteration of this transcript is prohibited by §3.13(b) of the New York City Health Code if the purpose is the evasion or violation of any provision of the Health Code or any other law.

M 0 0 8 4 7 5 5 3

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

**EXHIBIT "G"**

**FILED COPY OF DISCHARGED SOCIAL SECURITY**

**SENT TO THE US TREASURY DEPARTMENT**

EXHIBIT "H"

NOTICE OF AFFIDAVIT SENT TO CLERK OF COURTS

SENT TO THE US TREASURY DEPARTMENT

FILED COPY OF DISCHARGED BONDS

USPS Tracking Intranet

# Product Tracking & Reporting

UNITED STATES
POSTAL SERVICE®

Help

| Home | Search | Reports | Manual Entry | Rates/ Commitments | PTR / EDW | USPS Corporate Accounts | April 06, 2018 |

**USPS Tracking Intranet**

**Delivery Signature and Address**

Tracking Number: 7012 3050 0000 3675 1716

**This item was delivered on 03/26/2018 at 08:15:00**

< Return to Tracking Number View



| Signature | Gwenda Thompson |
| Gwenda Thompson |
| Address | P.O. Box 324 |

Enter up to 35 items separated by commas.

Select Search Type: Quick Search ▾    [ Submit ]

Product Tracking & Reporting, All Rights Reserved
Version: 18.2.3.0.7

ALL REQUEST AND ANY/ALL RESPONSES

MUST BE ADDRESSED AS FOLLOWS:

Angel-Luis: Martinez

C/O General Delivery

245 Sands Parc Blvd #303

Daytona, Florida [32117]

CERTIFIED MAIL NUMBER: 7012 3050 0000 3675 1716

TO:

THE STATE OF TEXAS

D/B/A: The 264th District Court, Bell County, Texas

Attn: Clerk

1201 Huey Road

Belton, Texas [76513]

**AFFIDAVIT OF NOTICE**

**RE: CAUSE NUMBER: 70443**

**To Whom Concern**

Enclosed is the Original U.C.C. Filing 201700220894 for Cause 70443.

Please be advised that the Secured Party Creditor has Accepted For Value as I'm now Holder-In-Due-Course of any/all Document(s).

THEREFORE, **I hereby revoke and rescind my signature for good cause off any/all document(s)** as identified above, and hereby revoke any and all Power of Attorney held by the State of "Texas" over my Personal and/or Property. This Document is the preparation of the undersigned.

Please send confirmation of such adjustment(s) as well as please return a Time Stamp copy back to me at the above address as an extra copy is being sent as well.

I'm thanking you in advance for your time in this matter.

**DATED AND EXECUTED by my own hand** _23_ this Day of _March_ 2018.

Enclosed: Filed Copy of UCC-1

Filed Copy of Trust

Filed Copy of UCC-3

Bill of Exchange

Respectfully

*Angel Luis Martinez Jr*

All Rights Reserve "without prejudice"

Angel-Luis: Martinez©

Secured Party, Authorized Representative,

Attorney in Fact In behalf of the DEBTOR: ANGEL LUIS MARTINEZ  JR.

| BID BOND | DATE BOND EXECUTED *(Must not be later than bid opening date)* | OMB NO.: **9000-0045** |
|---|---|---|
| *( See instructions on reverse)* | 11/20/2013 | Expires: |

Public reporting burden for this collection of information is estimated to average 25 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspects of this collection of information, including suggestions for reducing this burden, to the FAR Secretariat (MVR), Federal Acquisition Policy Division, GSA, Washington, DC 20405.

| PRINCIPAL (Legal name and business address) | TYPE OF ORGANIZATION ("X" one) | |
|---|---|---|
| ANGEL LUIS MARTINEZ JR | ☒ INDIVIDUAL | ☐ PARTNERSHIP |
| Bell County Justice Center | ☐ JOINT VENTURE | ☐ CORPORATION |
| 1201 Huey Rd. | | |
| Belton Texas [76513] | STATE OF INCORPORATION | |
| | New York 156-78-208286 | |

SURETY(IES) *(Name and business address)*

Angel Luis Martinez JR
Depository Trust Company
55 Water St.
New York, New York [10041]

| PENAL SUM OF BOND | | | | | BID IDENTIFICATION | |
|---|---|---|---|---|---|---|
| PERCENT OF BID PRICE | AMOUNT NOT TO EXCEED | | | | BID DATE | INVITATION NO. |
| | MILLION (S) | THOUSAND(S) | HUNDRED(S) | CENTS | | 70443 |
| | | | | | FOR *(Construction, supplies, or Services)* | |

OBLIGATION

We, the Principal and Surety (ies) are firmly bound to the United States of America (hereinafter call the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit of liability is indicated, the limit or liability is the full amount of the penal sum.

CONDITIONS:

The principal has submitted the bid identified above.

THEREFORE:

The above obligation is void if the Principal - (a) upon acceptance by the Government of the bid identified above, within the period specified therein for acceptance (sixty (60) days if no period is specified), executes the further contractual documents and gives the bond(s) required by the terms of the bid as accepted within the time specified (ten (10 days if no period is specified) after receipt of the forms by the principal; or (b) in the event of failure to executes such further contractual documents and give such bonds, pays the Government for any cost of procuring the work which exceeds the amount of the bid.

Each surety executing this instrument agrees that its obligations is not impaired by any extension(s) of the time for acceptance of the bid that the principal may grand to the Government. Notice to the surety (ies) of extensions (s) are waived. However, waiver of the notice applies only to extensions aggregating not more than sixty (60) calendar days in addition to the periods originally allowed for acceptance of the bid.

WITNESS

The principal and Surety (ies) executed this bid bond and affixed their seals on the above date.

| | PRINCIPAL | | | | |
|---|---|---|---|---|---|
| SIGNATURE(S) | Angel Luis Martinez jr (Seal) | LORI LAWHORN State of Florida-Notary Public Commission # FF 160566 My Commission Expires September 16, 2018 | | (Seal) | Corporate Seal |
| NAME(S) & TITLE(S) *(Typed)* | 1. ANGEL LUIS MARTINEZ JR. PRINCIPAL | | | | |

| | INDIVIDUAL SURETY(IES) | | |
|---|---|---|---|
| SIGNATURE(S) | Angel Luis Martinez jr (Seal) | 2. LORI LAWHORN State of Florida-Notary Public Commission # FF 160566 My Commission Expires September 16, 2018 | (Seal) |
| NAME(S) *(Typed)* | 1. ANGEL LUIS MARTINEZ JR. | 2. | |

| | CORPORATE SURETY(IES) | | | |
|---|---|---|---|---|
| | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT ($) |
| SURETY A | SIGNATURE(S) | 1. | 2. | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | Corporate Seal |

| AUTHORIZED FOR LOCAL REPRODUCTION | **STANDARD FORM 24** (REV. 10-98) |
|---|---|
| Pervious edition is usable | Prescribed by GSA - FAR (48 CFR) 53.228(a) |

| SURETY B | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT ($) | Corporate Seal |
|---|---|---|---|---|---|
| | SIGNATURE(S) | 1. | | 2. | |
| | NAME(S) & TITLE(S) (Typed) | 1. | | 2. | |
| SURETY C | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT ($) | Corporate Seal |
| | SIGNATURE(S) | 1. | | 2. | |
| | NAME(S) & TITLE(S) (Typed) | 1. | | 2. | |
| SURETY D | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT ($) | Corporate Seal |
| | SIGNATURE(S) | 1. | | 2. | |
| | NAME(S) & TITLE(S) (Typed) | 1. | | 2. | |
| SURETY E | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT ($) | Corporate Seal |
| | SIGNATURE(S) | 1. | | 2. | |
| | NAME(S) & TITLE(S) (Typed) | 1. | | 2. | |
| SURETY F | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT ($) | Corporate Seal |
| | SIGNATURE(S) | 1. | | 2. | |
| | NAME(S) & TITLE(S) (Typed) | 1. | | 2. | |
| SURETY G | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT ($) | Corporate Seal |
| | SIGNATURE(S) | 1. | | 2. | |
| | NAME(S) & TITLE(S) (Typed) | 1. | | 2. | |

## INSTRUCTIONS

1. This form is authorized for use when a bid guaranty is required. any deviation from this form will require the written approval of the Administrator of General Services.

2, Insert the full legal name and business address of the Principal in the space designated "Principal" on the face of the form. An authorized person shall sign the bond. Any person signing in a representative capacity (e.g., ab attorney-in-fact) must furnish evidence of authority if that representative is not a member of the firm, partnership, or joint venture, or an officer of the corporation involved.

3. The bond may express penal sum as a percentage of the bid price. In these cases, the bond may state a maximum dollar limitation (e.g., 20% of the bid price but the amount not to exceed _____ dollars).

4. (a) Corporation executing the bond as sureties must appear on the Department of the Treasury's list of approved sureties and must act within the limitation listed therein. where more than one corporate surety is involved, their names and address shall appear in the spaces (Surety A, Surety B, etc.) headed "CORPORATE SURETY (IES)." In the space designed "SURETY (IES)" on the face of the form, insert only the letter identification of the sureties.

(b) Where individual sureties are involved, a completed Affidavit of Individual surety (Standard Form 28), or each individual surety, shall accompany the bond. The Government may require the surety to furnish additional substantiating information concerning its financial capability.

5. Corporations executing the bond shall affix their corporate seals. Individuals shall execute the bond opposite the word " Corporate Seal"; and shall affix an adhesive seal if executed in Maine, New Hampshire, or any other jurisdiction requiring adhesive seals.

6. Type the name and title of each person signing this bond in the space provided.

7. In its application to negotiated contracts, the terms "bid" and "bidder" shall include "proposal" and "Offeror."

# AFFIDAVIT OF INDIVIDUAL SURETY

*(See instructions on reverse)*

OMB Number: 9000-0001

Public reporting burden for this collection of information is estimated to average 0.4 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Regulatory Secretariat (VPR), Office of Acquisition Policy, GSA, Washington, DC 20405.

STATE OF
Texas

COUNTY OF
Bell

SS.

I, the undersigned, being duly sworn, depose and say that I am: (1) the surety to the attached bond(s); (2) a citizen of the United States; and of full age and legally competent. I also depose and say that, concerning any stocks or bonds included in the assets listed below, that there are no restrictions on the resale of these securities pursuant to the registration provisions of Section 5 of the Securities Act of 1933. I recognize that statements contained herein concern a matter within the jurisdiction of an agency of the United States and the making of a false, fictitious or fraudulent statement may render the maker subject to prosecution under Title 18, United States Code Sections 1001 and 494. This affidavit is made to induce the United States of America to accept me as surety on the attached bond.

| 1. NAME *(First, Middle, Last) (Type or Print)* | 2. HOME ADDRESS *(Number, Street, City, State, ZIP Code)* |
|---|---|
| Angel Luis Martinez JR | |

| 3. TYPE AND DURATION OF OCCUPATION | 4. NAME AND ADDRESS OF EMPLOYER *(If Self-employed, so State)* |
|---|---|
| Surety/Lifetime | Self Employed / Texas |

| 5. NAME AND ADDRESS OF INDIVIDUAL SURETY BROKER USED *(Number, Street, City, State, ZIP Code)* | 6. TELEPHONE NUMBER |
|---|---|
| Depository Trust Company 55 Water St, New York [10041] | HOME - BUSINESS - |

7. THE FOLLOWING IS A TRUE REPRESENTATION OF THE ASSETS I HAVE PLEDGED TO THE UNITED STATES IN SUPPORT OF THE ATTACHED BOND:
(a) Real estate *(include a legal description, street address and other identifying description; the market value; attach supporting certified documents including recorded lien; evidence of title and the current tax assessment of the property. For market value approach, also provide a current appraisal.)*

70443 See GSA Forms of 90, of 91; SF24, SF1418; SR1416; SF273; SF274; and SF275

(b) Assets other than real estate *(describe the assets, the details of the escrow account, and attach certified evidence thereof).*

Birth Certificate No: New York  Birth Certificate #156-78-208286  and Social Security 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; Bond No: ; Non-Negotiable Bond Setoff No: 156-78-208286 Deposited with the United States Treasury

8. IDENTIFY ALL MORTGAGES, LIENS, JUDGEMENTS, OR ANY OTHER ENCUMBRANCES INVOLVING SUBJECT ASSETS INCLUDING REAL ESTATE TAXES DUE AND PAYABLE.

Bell County Justice Center; Case #70443

9. IDENTIFY ALL BONDS, INCLUDING BID GUARANTEES, FOR WHICH THE SUBJECT ASSETS HAVE BEEN PLEDGED WITHIN 3 YEARS PRIOR TO THE DATE OF EXECUTION OF THIS AFFIDAVIT.

Bid Bond Issued by the Bell County Justice Center on Case No: 70443; GSA Bond of 90, 91, SF24 bid bond;SF1416; SF1418; SF273; and SF275, New York Birth Certificate No:156-78-208286; Social Security 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

DOCUMENTATION OF THE PLEDGED ASSET MUST BE ATTACHED.

| 10. SIGNATURE | 11. BOND AND CONTRACT TO WHICH THIS AFFIDAVIT RELATES *(Where Appropriate)* |
|---|---|
| Angel Luis Martinez Jr | SF24;SF1416;SF1418;SF273;SF274;SF275; BC#156-78-208286 |

12. SUBSCRIBED AND SWORN TO BEFORE ME AS FOLLOWS:

| a. DATE OATH ADMINISTERED | b. CITY AND STATE *(Or other jurisdiction)* | |
|---|---|---|
| MONTH 03  DAY 15  YEAR 2018 | Daytona beach Fl. 32117 | LORI LAWHORN State of Florida Notary Public Commission GG 60566 My Commission Expires September 16, 2018 |
| c. NAME AND TITLE OF OFFICIAL ADMINISTERING OATH *(Type or print)* Lori lawhorn notary public | d. SIGNATURE Lori Lawhorn | |

AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition is not usable

STANDARD FORM 28 (REV. 6/2003)
Prescribed by GSA-FAR (48 CFR) 53.228(e)

| **PERFORMANCE BOND FOR OTHER THAN CONSTRUCTION CONTRACTS** (See instructions on reverse) | DATE BOND EXECUTED (Must be same or later than date of contract) 11/20/2013 | OMB No.: **9000-0045** Expires: |
|---|---|---|

Public reporting burden for this collection of information is estimated to average 25 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the FAR Secretariat (MVR), Federal Acquisition Policy Division, GSA, Washington, DC 20405.

| PRINCIPAL (Legal name and business address) Angel Luis Martinez JR 1201 Huey Rd. Belton Texas [76513] | TYPE OF ORGANIZATION ("X" one) [X] INDIVIDUAL   [ ] PARTNERSHIP [ ] JOINT VENTURE   [ ] CORPORATION |
|---|---|
| | STATE OF INCORPORATION 156-78-208286 |

| SURETY(IES) (Name(s) and business address(es)) ANGEL LUIS MARTINEZ JR Depository Trust Company 55 Water St. New York, New York 10041 | PENAL SUM OF BOND | | | |
|---|---|---|---|---|
| | MILLION(S) | THOUSAND(S) | HUNDRED(S) | CENTS |
| | CONTRACT DATE 11/20/2013 | | CONTRACT NUMBER 70443 | |
| | OPTION DATE | | OPTION NUMBER | |

OBLIGATION:

We, the Principal and Surety(ies), are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit of liability is indicated, the limit of liability is the full amount of the penal sum.

CONDITIONS:

The principal has entered into the contract identified above.

THEREFORE:

The above obligation is void if the Principal: (1) Performs and fulfills all the undertakings, covenants, terms, conditions, and agreements of the contract during either the base term or an optional term of the contract and any extensions thereof that are granted by the Government, with or without notice to the Surety(ies), and during the life of any guaranty required under the contract, and (2) performs and fulfills all the undertakings, covenants, terms, conditions, and agreements of any and all duly authorized modifications of the contract that hereafter are made. Notice of those modifications to the Surety(ies) is waived.
The guaranty for a base term covers the initial period of performance of the contract and any extensions thereof excluding any options. The guaranty for an option term covers the period of performance for the option being exercised and any extensions thereof.
The failure of a surety to renew a bond for any option term shall not result in a default of any bond previously furnished covering any base or option term.

WITNESS:

The principal and Surety(ies) executed this performance bond and affixed their seals on the above date.

| **PRINCIPAL** | | | |
|---|---|---|---|
| SIGNATURE(S) | 1. *Angel Luis Martinez Jr* (Seal) | 2. | Corporate Seal |
| NAME(S) & TITLE(S) (Typed) | 1. ANEEL LUIS MARTINEZ JR PRINCIPAL | 2. | |

| **INDIVIDUAL SURETY(IES)** | | | |
|---|---|---|---|
| SIGNATURE(S) | 1. *Angel Luis Martinez Jr* (Seal) | 2. (Seal) | |
| NAME(S) (Typed) | 1. ANGEL LUIS MARTINEZ JR | 2. | |

| **CORPORATE SURETY(IES)** | | | | |
|---|---|---|---|---|
| **SURETY A** | NAME & ADDRESS | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | |

LORI LAWHORN
State of Florida-Notary Public
Commission # FF 160566
My Commission Expires
September 16, 2018

AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition not usable

**STANDARD FORM 1418** (REV. 2-99)
Prescribed by GSA-FAR (48 CFR) 53.228(b)

| | | | | STATE OF INC. | LIABILITY LIMIT $ | | |
|---|---|---|---|---|---|---|---|
| **SURETY B** | NAME & ADDRESS | | | | | | Corporate Seal |
| | SIGNATURE(S) | 1. | | 2. | | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | | 2. | | | |
| **SURETY C** | NAME & ADDRESS | | | STATE OF INC. | LIABILITY LIMIT $ | | Corporate Seal |
| | SIGNATURE(S) | 1. | | 2. | | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | | 2. | | | |
| **SURETY D** | NAME & ADDRESS | | | STATE OF INC. | LIABILITY LIMIT $ | | Corporate Seal |
| | SIGNATURE(S) | 1. | | 2. | | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | | 2. | | | |
| **SURETY E** | NAME & ADDRESS | | | STATE OF INC. | LIABILITY LIMIT $ | | Corporate Seal |
| | SIGNATURE(S) | 1. | | 2. | | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | | 2. | | | |
| **SURETY F** | NAME & ADDRESS | | | STATE OF INC. | LIABILITY LIMIT $ | | Corporate Seal |
| | SIGNATURE(S) | 1. | | 2. | | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | | 2. | | | |
| **SURETY G** | NAME & ADDRESS | | | STATE OF INC. | LIABILITY LIMIT $ | | Corporate Seal |
| | SIGNATURE(S) | 1. | | 2. | | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | | 2. | | | |

| BOND PREMIUM ▶ | RATE PER THOUSAND ($) | TOTAL ($) |
|---|---|---|

## INSTRUCTIONS

1. this form is authorized for use in connection with Government contracts. Any deviation from this form will require the written approval of the Administrator of General Services.

2. Insert the full legal name and business address of the Principal in the space designated "Principal" on the face of the form. An authorized person shall sign the bond. Any person signing in a representative capacity (e.g., an attorney-in-fact) must furnish evidence of authority if that representative is not a member of the firm, partnership, or joint venture, or an officer of the corporation involved.

3. (a) Corporations executing the bond as sureties must appear on the Department of the Treasury's list of approved sureties and must act within the limitation listed therein. Where more than one corporate surety is involved. their names and addresses shall appear in the spaces (Surety A, Surety B, etc.) headed "CORPORATE SURETY (IES)." In the space designated "SURETY(IES)" on the face of the form, insert only the letter identification of the sureties.

(b) Where individual sureties are involved, a completed Affidavit of Individual Surety (Standard Form 28) for each individual surety, shall accompany the bond. The Government may require the surety to furnish additional substantiating information concerning their financial capability.

4. Corporations executing the bond shall affix their corporate seals. Individuals shall execute the bond opposite the word "Corporate Seal", and shall affix an adhesive seal if executed in Maine, New Hampshire, or any other jurisdiction requiring adhesive seals.

5. Type the name and title of each person signing this bond in the space provided.

6. Unless otherwise specified, the bond shall be submitted to the contracting office that awarded the contract.

**STANDARD FORM 1418** (REV. 2-99) **BACK**

| REINSURANCE AGREEMENT FOR A MILLER ACT PERFORMANCE BOND<br>(See instructions on reverse) | OMB Number: 9000-0045<br>Expiration Date: |
|---|---|

Public reporting burden for this collection of information is estimated to average 25 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the FAR Secretariat (MVR), Federal Acquisition Policy Division, GSA, Washington, DC 20405.

| 1. DIRECT WRITING COMPANY*<br>ANGEL LUIS MARTINEZ JR<br>C/O Ileana Pil<br>245 Sands Parc Blvd #303<br>Daytona Florida [32117] | 1A. DATE DIRECT WRITING COMPANY EXECUTES THIS AGREEMENT<br><br>1B. STATE OF INCORPORATION<br>156-78-208286 |
|---|---|
| 2. REINSURING COMPANY*<br>Depository Trust Company<br>55 Water St.<br>New York City, N.Y. [10041] | 2A. AMOUNT OF THIS REINSURANCE ($)<br><br>2B. DATE REINSURING COMPANY EXECUTES THIS AGREEMENT<br>11/20/2013<br>2C. STATE OF INCORPORATION |

| 3. DESCRIPTION OF CONTRACT | | 4. DESCRIPTION OF BOND | |
|---|---|---|---|
| 3A. AMOUNT OF CONTRACT | | 4A. PENAL SUM OF BOND | |
| 3B. CONTRACT DATE<br>11/20/2013 | 3C. CONTRACT NO. | 4B. DATE OF BOND<br>11/20/2013 | 4C. BOND NO.<br>156-78-208286 |
| 3D. DESCRIPTION OF CONTRACT | | 4D. PRINCIPAL* | |
| 3E. CONTRACTING AGENCY<br>ANGEL LUIS MARTINEZ JR | | 4E. STATE OF INCORPORATION (If Corporate Principal) | |

AGREEMENT:

(a) The Direct Writing Company named above is bound as surety to the United States of America on the performance bond described above, wherein the above described is the principal, for the protection of the United States on the contract described above. The contract is for the construction, alteration, or repair of a public building or public work of the United States and the performance bond was furnished to the United States under the Act of August 24, 1935, as amended (40 U.S.C. 270a-280e), known as the Miller Act. The Direct Writing Company has applied to the Reinsuring Company named above to be reinsured and counter secured in the amount shown opposite the name of the Reinsuring Company (referred to as the "Amount of this Reinsurance"), or for whatever amount less than the "Amount of this Reinsurance" the Direct Writing Company is liable to pay under or by virtue of the performance bond.

(b) For a sum mutually agreed upon, paid by the Direct Writing Company to the Reinsuring Company which acknowledges its receipt, the parties to this Agreement covenant and agree to the terms and conditions of the agreement.

TERMS AND CONDITIONS:

(a) The purpose and intent of this agreement is to guarantee and indemnify the United States against loss under the performance and to the extent of the "Amount of this Reinsurance," or any sum less than the "Amount of this Reinsurance" that is owing and unpaid by the Direct Writing Company to the United States under the performance bond.

(b) If the Direct Writing Company fails to pay any default under the performance bond equal to or in excess of the "Amount of this Reinsurance," the Reinsuring Company covenants and agrees to pay to the United States, the obligee on the performance bond, the "Amount of this Reinsurance." If the Direct Writing Company fails to pay to the United States any default for a sum less than the "Amount of this Reinsurance" the Reinsuring Company covenants and agrees to pay to the United States the full amount of the default, or so much thereof that is not paid to the United States by the Direct Writing Company.

(c) If there is a default on the performance bond for the "Amount of this Reinsurance," or more, the Reinsuring Company and the Direct Writing Company hereby covenant and agree that the United States may bring suit against the Reinsuring Company for the "Amount of this Reinsurance" or, in case the amount of the default is for less than the "Amount of this Reinsurance," for the full amount of the default.

WITNESS:

The Direct Writing Company and the Reinsuring Company, respectively, have caused this Agreement to be signed and impressed with their respective corporate seals by offices possessing power to sign this instrument, and to be duly attested by officers empowered thereto, on the day and date above written opposite their respective names.

*Items 1, 2, 4D - Furnish legal name, business address and ZIP Code.        (Over)

AUTHORIZED FOR LOCAL REPRODUCTION<br>Previous edition is usable

STANDARD FORM 273 (REV. 10-98)<br>Prescribed by GSA - FAR (48 CFR) 53.228(h)

| 5. DIRECT WRITING COMPANY | | |
|---|---|---|
| 5A(1) SIGNATURE<br>*Angel Luis Martinez Jr* | (2) ATTEST: SIGNATURE | ...ssion Expires<br>December 16, 2018<br>Corporate |
| 5B(1) NAME AND TITLE *(Typed)*<br>ANGEL LUIS MARTINEZ JR | (2) NAME AND TITLE *(Typed)*<br>Angel Luis Martinez Jr.<br>Authorized Representative | Seal |

| 6. REINSURING COMPANY | | |
|---|---|---|
| 6A (1) SIGNATURE<br>*Angel Luis Martinez Jr* | (2) ATTEST: SIGNATURE | LORI LAWHORN<br>State of Florida-Notary Public<br>Commission # FF 150566<br>My Commission Expires<br>September 18, 2018 |
| 6B(1) NAME AND TITLE *(Typed)*<br>ANGEL LUIS MARTINEZ JR. | (2) NAME AND TITLE *(Typed)*<br>Angel Luis Martinez J<br>Authorized Representative | |

## INSTRUCTIONS

This form is to be used in cases where it is desired to cover the excess of a Direct Writing Company's underwriting limitation by reinsurance instead of co-insurance on Miller Act performance bonds running to the United States. See FAR (48 CFR) 28.202-1 and 53.228(h).

Execute and file this form as follows:

Original and copies (as specified by the bond-approving officer), signed and sealed, shall accompany the bond or be filed within the time period shown in the bid or proposal.

One carbon copy, signed and sealed, shall accompany the Direct Writing Company's quarterly Schedule of Excess Risks filed with the Department of the Treasury.

Other copies may be prepared for the use of the Direct Writing Company and Reinsuring Company. Each Reinsuring Company should use a separate form.

| **REINSURANCE AGREEMENT FOR A MILLER ACT PAYMENT BOND** *(See instruction on reverse)* | OMB No.: 9000-0045 Expires: |
|---|---|

Public reporting burden for this collection of information is estimated to average 25 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the FAR Secretariat (MVR), Federal Acquisition Policy Division, GSA, Washington, DC 20405.

| 1. DIRECT WRITING COMPANY* | 1A. DATE DIRECT WRITING COMPANY EXECUTES THIS AGREEMENT |
|---|---|
| ANGEL LUIS MARTINEZ JR c/o 245 SANDS PARC BLVD #303 DAYTONA FLORIDA [32117] | 11/20/2013 |
| | 1B. STATE OF INCORPORATION |
| | 156-78-208286 |

| 2. REINSURING COMPANY* | 2A. AMOUNT OF THIS REINSURANCE |
|---|---|
| Depository Trust Company 55 Water ST. New York City. New York [ 10041 ] | $ |
| | 2B. DATE REINSURING COMPANY EXECUTES THIS AGREEMENT  11/20/2013 |
| | 2C. STATE OF INCORPORATION |
| | 11/20/2013 |

| 3. DESCRIPTION OF CONTRACT | 4. DESCRIPTION OF BOND |
|---|---|
| 3A. AMOUNT OF CONTRACT | 4A. PENAL SUM OF BOND |
| 3B. CONTRACT DATE  3C. CONTRACT NO. | 4B. DATE OF BOND  4C. BOND NO. |
| 3D. DESCRIPTION OF CONTRACT Performance Bond Case No: 70443 Bell County Justice Center 1201 Huey Rd. Belton Texas [76513] | 4D. PRINCIPAL* Angel Luis Martinez JR c/o 245 Sands Parc Blvd Daytona Florida 32117 |
| 3E. CONTRACTING AGENCY ANGEL LUIS MARTINEZ JR | 4E. STATE OF INCORPORATION *(If Corporate Principal)* |

AGREEMENT:

(a) The Direct Writing Company named above is bound as a surety on the payment bond described above, wherein the above described is the principal, for the protection of all persons supplying labor and material on the contract described above, which is for the construction, alteration, or repair of a public building or public work of the United States. The payment bond is for the use of persons supplying labor or material, and is furnished to the United States under the Act of August 24, 1935, as amended (40 U.S.C. 270a-270e), known as the Miller Act. The Direct Writing Company has applied to the Reinsuring Company named above to be reinsured and counter-secured in the amount above opposite the name of the Reinsuring Company (referred to as "Amount of this Reinsurance"), or for whatever amount less than the "Amount of this Reinsurance" the Direct Writing Company is liable to pay under or by virtue of the payments bond.

(b) For a sum mutually agreed upon, paid by the Direct Writing Company to the Reinsuring Company which acknowledges its receipt, the parties to this Agreement covenant and agree to the terms and conditions of this agreement.

TERMS AND CONDITIONS:

The purpose and intent of this agreement is (a) to guarantee and indemnify the persons who have furnished to supplied labor or material in the prosecution of the work provided for in the contract referred to above (hereinafter referred to as "laborers and materialmen," the term "materialmen" including persons having a direct contractual relation with a subcontractor but no contractual relationship expressed or implied with the contractor who has furnished the said payment bond) against loss under the payment bond to the extent of the "amount of this Reinsurance," or for any sum less than the "Amount of this Reinsurance," that is owing and unpaid by the Direct Writing Company to the "laborers and materialmen" on the payment bond; and (b) to make the "laborers and materialmen" obligees under this Reinsurance Agreement to the same extent as if their respective names were written herein.

THEREFORE:

1. The Reinsuring Company covenants and agrees -

(a) To pay the "Amount of this Reinsurance" to the "laborers and materialmen" in the event of the Direct Writing Company's failure to pay to the "laborers and materialmen" any default under the payment bond equal to or in excess of the "Amount of this Reinsurance"; and

(b) To pay (1) the full amount to the "laborers and materialmen," or (2) the amount not paid to them by the Direct Writing Company; in case the Direct Writing Company fails to pay the "laborers and materialmen" any default under the payment bond less than the "Amount of this Reinsurance.

*Items 1, 2 ,4D - furnished legal name, business address and ZIP Code.    *(Over)*

2. The Reinsuring Company and the Direct Writing Company covenant and agree that, in the case of default on the payment bond for the "Amount of this Reinsurance," or more, the persons given a "right of action" or a "right to sue" on the payment bond by section 2(a) of the Miller Act (40 U.S.C. 270b(a)) may bring suit against the Reinsuring Company in the United States District Court for the district in which the contract described above is to be performed and executed for the "Amount of this Reinsurance" or, if the amount of the default is for less than the "Amount of this Reinsurance," for whatever the full amount of the default may be. The Reinsuring Company further covenants and agrees to comply with all requirements necessary to give such court jurisdiction, and to consent to determination of matters arising under this Reinsurance Agreement in accordance with the law and practice of the court. It is expressly understood by the parties that the rights, powers, and privileges which they might have under the statutes of the United States, any States, or the other laws of ether, and should not be construed as limitations.

3. The Reinsuring Company and the Direct Writing Company further covenant and agree that the Reinsuring Company designates the process agent, appointed by the Direct Writing Company in the district in which the contract is to be performed and executed, as an agent to accept service of process in any suit instituted on this Reinsurance Agreement, and that the process agent shall send, by registered mail, to the Reinsuring Company at its principal place of business shown above, a copy of the process.

4. The Reinsuring Company and the Direct Writing Company further covenant and agree that this Reinsurance Agreement is an integral part of the payment bond.

WITNESS:

The Direct Writing Company and the Reinsuring Company, respectively, have caused this Agreement to be signed and impressed with their respective corporate seals by officers possessing the power to sign this instrument, and to be duly attested to by officers empowered thereto, on the day and date in item 1A written opposite their respective names.

| 5. DIRECT WRITING COMPANY | | |
|---|---|---|
| 5A. (1) SIGNATURE *Angel Luis Martinez Jr* | (2) ATTEST SIGNATURE | LORI LAWHORN State of Florida-Notary Public Commission # FF 160566 My Commission Expires September 16, 2018 |
| 5B. (1) NAME AND TITLE *(Typed)* ANGEL LUIS MARTINEZ JR | (2) NAME AND TITLE *(Typed)* Angel Luis Martinez Jr. Authorized Representative | |

| 6. REINSURING COMPANY | | |
|---|---|---|
| 6A. (1) SIGNATURE *Angel Luis Martinez Jr* | (2) ATTEST SIGNATURE | LORI LAWHORN State of Florida-Notary Public Commission # FF 160566 My Commission Expires September 16, 2018 |
| 6B. (1) NAME AND TITLE *(Typed)* ANGEL LUIS MARTINEZ JR | (2) NAME AND TITLE *(Typed)* Angel Luis Martinez Jr. Authorized Representative | |

## INSTRUCTIONS

This form is to be used in cases where it is desired to cover the excess of a Direct Writing Company's underwriting limitation by reinsurance instead of co-insurance on Miller Act payment bonds running to the United States. See FAR (48 CFR) 28.202-1 and 53.228(i).

Execute and file this form as follows:

Original and copies (as specified by the bond-approving officer), signed and sealed, shall accompany the bond or be filed within the time period shown in bid or proposal.

One carbon copy, signed and sealed, shall accompany the Direct Writing Company's quarterly Schedule of Excess Risks filled with the Department of Treasury.

Other copies may be prepared for the use of the Direct Writing Company and Reinsuring Company. Each Reinsuring Company should use a separate form.

## REINSURANCE AGREEMENT IN FAVOR OF THE UNITED STATES
*(See instructions on reverse)*

OMB No.: 9000-0045
Expires:

Public reporting burden for this collection of information is estimated to average 25 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the FAR Secretariat (MVR), Federal Acquisition Policy Division, GSA, Washington, DC 20405.

| 1. DIRECT WRITING COMPANY* | 1A. DATE DIRECT WRITING COMPANY EXECUTES THIS AGREEMENT |
|---|---|
| ANGEL LUIS MARTINEZ JR<br>c/o 245 SANDS PARC BLVD #303<br>DAYTONA FLORIDA [ 32117 ] | 11/20/2013 |
| | 1B. STATE OF INCORPORATION<br><br>156-78-208286 |

| 2. REINSURING COMPANY* | 2A. AMOUNT OF THIS REINSURANCE ($) |
|---|---|
| Depository Trust Company<br>55 Water ST.<br>New York City. New York [ 10041 ] | |
| | 2B. DATE REINSURING COMPANY EXECUTES THIS AGREEMENT<br>11/20/2013 |
| | 2C. STATE OF INCORPORATION |

### 3. DESCRIPTION OF BOND

| 3A. DESCRIPTION OF BOND (Type, purpose etc.) (If associated with contract number, date, amount, etc., include name of Government agency involved.) | 3B. PENAL SUM OF BOND<br>$ |
|---|---|
| Payment Bond<br>Payment Settlement of Contract/70443<br>Bell County Justice Center<br>1201 Huey Rd.<br>Belton Texas [76513] | |

3C. DATE OF BOND
11/20/2013

3D. BOND NO.
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/

3E. PRINCIPAL*
ANGEL LUIS MARTINEZ JR
c/o 245 SANDS PARC BLVD #303
DAYTONA FLORIDA [32117]

3F. STATE OF INCORPORATION *(If Corporate Principal)*

**AGREEMENT:**

(a) The Direct Writing Company named above is bound as surety to the United States of America, on the bond described above, wherein the above-named is the principal. The bond is given for the protection of the United States and the Direct Writing Company has applied to the above Reinsuring Company to be reinsured and counter-secured in the amount shown opposite the name of the Reinsuring Company (referred to as the "Amount of this Reinsurance"), or for whatever amount less than the "Amount of this Reinsurance" the Direct Writing Company is liable to pay under or by virtue of the bond.

(b) For a sum mutually agreed upon, paid by the Direct Writing Company to the Reinsuring Company which acknowledges its receipt, the parties to this Agreement covenant and agree to the terms and conditions of this agreement.

**TERMS AND CONDITIONS:**

The purpose and intent of this agreement is to guarantee and indemnify the United States against loss under the bond to the extent of the "Amount of this Reinsurance," or for any less sum than the "Amount of this Reinsurance," that is owing and unpaid by the Direct Writing Company to the United States.

**THEREFORE:**

1. If the Direct Writing Company fails to pay any default under the bond equal to or in excess of the "Amount of this Reinsurance," the Reinsuring Company covenants and agrees to pay to the United States, the obligee on the bond, the "Amount of this Reinsurance." If the Direct Writing Company fails to pay to the United States any default for a sum less than the "Amount of this Reinsurance," the Reinsuring Company covenants and agrees to pay to the United States the full amount of the default, or so much thereof that is not paid to the United States by the Direct Writing Company.

2. The Reinsuring Company further covenants and agrees that in case of default on the bond for the "Amount of this Reinsurance," or more, the United States may sue the Reinsuring Company for the "Amount of this Reinsurance" or for the full amount of the default when the default is less than the "Amount of this Reinsurance."

**WITNESS**

The Direct Writing Company and the Reinsuring Company, respectively, have caused this Agreement to be signed and impressed with their respective corporate seals by officers possessing power to sign this instrument, and to be duly attested to by officers empowered thereto, on the day and date above -- written opposite their respective names.

*(Over)*

*Items 1, 2, 3E - Furnish legal name, business address and ZIP Code.*

AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition usable

**STANDARD FORM 275** (REV. 10-98)
Prescribed by GSA-FAR (48 CFR) 53.228(f)

| 4. DIRECT WRITING COMPANY | | |
|---|---|---|
| 4A.(1). SIGNATURE<br><br>*Angel Luis Martinez Jr* | (2). ATTEST: SIGNATURE | LORI LAWHORN<br>State of Florida-Notary Public<br>Commission # FF 160566<br>My Commission Expires<br>September 16, 2018 |
| 4B.(1). NAME AND TITLE *(Typed)*<br><br>ANGEL LUIS MARTINEZ JR | 4B.(2). NAME AND TITLE *(Typed)*<br><br>*Angel Luis Martinez Jr*<br>Authorized Representative | |

| 5. REINSURING COMPANY | | |
|---|---|---|
| 5A.(1). SIGNATURE<br><br>*Angel Luis Martinez Jr* | (2). ATTEST: SIGNATURE | LORI LAWHORN<br>State of Florida-Notary Public<br>Commission # FF 160566<br>My Commission Expires<br>September 16, 2018 |
| 5B.(1). NAME AND TITLE *(Typed)*<br><br>ANGEL LUIS MARTINEZ JR | 5B.(2). NAME AND TITLE *(Typed)*<br><br>*Angel Luis Martinez Jr*<br>Authorized Representative | |

## INSTRUCTIONS

This form is to be used in cases where it is desired to cover the excess of a Direct Writing Company's underwriting limitation by reinsurance instead of co-insurance on bonds running to the United States except Miller Act Performance and Payment Bonds. See FAR (48 CFR) 28.202-1 and 53.228(j) and 31 CFR 223.11(b)(1). If this form is used to reinsure a bid bond, the "Penal Sum of Bond" and "Amount of this Reinsurance" may be expressed as percentage of the bid provided the actual amounts will not exceed the companies' respective underwriting limitations.

Execute and file this form as follows:

Original and copies (as specified by the bond-approving officer), signed and sealed, shall accompany the bond or be filed within the time period shown in the bid or proposal.

One carbon copy, signed and sealed, shall accompany the Direct Writing Company's quarterly Schedule of Excess Risks filed with the Department of Treasury.

Other copies may be prepared for the use of the Direct Writing Company and Reinsuring Company. Each Reinsuring Company should use a separate form.

STANDARD FORM 275 (REV. 10-98) BACK

**EXHIBIT "I"**

**AFFIDAVIT OF TRUTH**

**FILED COPY OF COMMON LAW COPYRIGHT**

# AFFIDAVIT OF TRUTH

State of Texas

County of **Karnes County**

"Indeed no more than (Affidavits) is necessary

To make the **prima facie case**." United States v.

Kis, 658 F 2nd, 526, 536, (7th Cir. 1981; Cert;

Denied, 50.U.S. L.W. 2169; S. Ct March 22.1982

That I, Angel-Luis: Martinez Jr.©, a breathing man, being duly sworn, depose and say and declare by my signature that the following facts are true, correct and complete to the best of my knowledge and belief.

That the Affiant is a flesh and blood man, and is Sovereign in a collective capacity with other sovereigns.

That, the Affiant's rights "… existed by law of the land antecedent to the organization of the State." (Hale v. Henkel, 201 U.S. 43).

That, the Affiant's rights exist even in the light of the U.S. Bankruptcy: aka **The National Emergency** and that **includes the right of redemption.**

That, Affiant is "of the people" and is above the corporate government called Texas/UNITED STATES OF AMERICA, operating in a **de-facto-bankrupt capacity/status.**

That, Affiant filed a U.C.C. Financing Statement (UCC-1) U.C.C. Filing No:201700220894; **to perfect a Security interest to initiate redemption as a matter of right.**

That, the Affiant caused to be filed a Security Interest and Lien upon the property of the DEBTOR and in the DEBTOR'S name filed in line and first in time, over and above the State of Texas/UNITED STATES OF AMERICA and that **all property is exempt from levy.**

That the State of Texas/UNITED STATES OF AMERICA, cannot show nor provide a superior interest in said property and/or Instruments upon the Security Agreement held by the Affiant. (See for reference: (Wynhammer v. People, NY 378.)

1

That, the Affiant/Secured Party is flesh and blood and the corporate fiction/DEBTOR/ ENS legis as appearing upon any UCC filing is "artificial" and was created in the contemplation of law (commerce) **AS THE TWO ARE NOT THE SAME, FOR ONE IS REAL, THE OTHER IS FICTION.**

That, any discrimination or injury caused by the State of Texas/UNITED STATES OF AMERICA and/or Agent(s) to recognize the two distinct entities, the real one and the other "artificial" **agrees** to such **injuries** and to the **associated damages as established by the Affiant and the State, by and through its Agent's by said agreement, is estopped from defense or rebuttal in the matter and AGREES that the Affiant may proceed by Tort for Damages.**

That, this Affiant if not rebutted point for point by Any Agent, representing **the State of Texas/UNITED STATES OF AMERICA,** at any level, **in any matter**, within (15) days upon receipt, **these facts stand as True in both the private and public record...**

**NOTE:** Maxim of Law; 1; In Commerce-Truth is Sovereign.  2. for a matter to be resolved. It must be expressed. 3. Point of Law; Silence equates to agreement.

Further Affiant Sayth Not.

Executed by my own hand on this  9  day of  May , 20 18 .


"without prejudice"

*Angel Luis Martinez, Jr*

Angel-Luis: Martinez Jr.©

Affiant, Authorized Representative,

Attorney-In-Fact

In behalf of ANGEL LUIS MARTINEZ JR©, ENS

legis

2

# COMMON LAW COPYRIGHT NOTICE

### copyright © 1996 ANGEL LUIS MARTINEZ JR TRUST.

Notice Provided Under Certified Mail No. _____

Lawful/Legal Notice provided to:

_____

_____

_____

This is formal legal/lawful notice that you are in breach of Copyright. This information is pertinent so please read it carefully and/or have your legal team review it as failure to understand or act is not a remedy or defense.

**Copyright Notice: All rights reserved**.

Copyright of trade-name/trademark ANGEL LUIS MARTINEZ JR© TRUST including any and all derivatives and variations in the spelling, i.e. NOT limited to all capitalized names: ANGEL LUIS MARTINEZ JR TRUST ©. MARTINEZ JR©, ALM©, ANGEL MARTINEZ JR©, MARTINEZ JR ANGEL AL©, AL MARTINEZ JR© or any derivatives thereof are under Copyright 1996. Said common-law trade-name/trademark, ANGEL LUIS MARTINEZ JR© TRUST may neither be used nor reproduced, neither in whole nor in part, in any manner whatsoever, without the prior, express, written consent and acknowledgment of Trustee/Trust in writing.

**With the Intent of being Contractually Bound**, any Juristic Person, as well as the agent thereof, by notice of this copyright is noticed that neither said Juristic Person nor agent thereof is authorized to display, nor otherwise use in any manner, the common-law trade-name/trademark nor the copyright described herein, nor any derivative of, nor any variation in the spelling thereof, without the prior, written consent and acknowledgment of Trustee/TRUST, as signified in writing with signed consent. Trustee/Trust neither grants, nor implies, nor otherwise gives consent for any unauthorized use of ANGEL LUIS MARTINEZ JR©, and **all such unauthorized use is strictly prohibited.**

**By receipt of this notice you are hereby made aware of the fact that said copyright is a matter of public record. This is notification that you are in BREACH. You herein have two options for remedy of this breach of copyright:**

1) You consent to the removal of information and discontinuation of use of all information held in copyright that contains copyrighted materials from all databases publications, chronicles, manifestos, newspapers, and/or records of any type and issue a written apology.; or

2) If the first option of this section is neither effected or arrangements to affect cure of breach as described is not engaged within 10 days of return receipt of this Notice then the clause by default will be enacted and you consent to the following Self-executing Contract/Security Agreement in Event of Unauthorized Use as well as Payment Terms as described:

   a) **Self-executing Contract/Security Agreement in Event of Unauthorized Use**: By this Notice, both the Juristic Person and the agent thereof, hereinafter jointly and severally "User", consent and agree that any use of trade-name/trademark copyright other than authorized use as set forth herein, constitutes unauthorized use and counterfeiting of property, contractually binds User and renders this Notice a Security Agreement wherein User is TRUST and ANGEL LUIS MARTINEZ JR TRUST© is Secured Party, and signifies that User:

   b) In accordance with the fees for unauthorized use of Trade-Name/Trademark/Copyright, as set forth herein, consents to be invoiced for outstanding balance and agrees that User shall pay TRUST all unauthorized use fees in full within thirty (30) days of the date User is sent "Invoice", itemizing said fees.

   c) Grants Trustee/TRUST the right to invoice three times at thirty day intervals at which time User consents to the outstanding balance that will be filed as a lien/levy via a UCC Financing Statement in the UCC filing office and/or in any county recorder's office, wherein User is TRUST and Trustee is Secured Party and that Secured Party may file such lien/levy against property as a security interest in all of User's assets, land and personal property, and all of User's interest in assets, land and personal property, in the sum certain amount of $500,000.00 per each occurrence of use of the common-law copyrighted trade-name/trademark, plus costs, plus triple damages;

   d) Consent and agrees that said UCC Financing Statement described in "c" is a continuing financing statement, and further consents and agrees with TRUSTS filing of any continuation statement necessary for maintaining Secured Party's perfected security interest in all of User's property and interest in property pledged as collateral in this Security Agreement and described herein until User's contractual obligation theretofore incurred has been fully satisfied;

Common Law Copyright Notice       Page 1       Item# 07111978-ALM-CLC

# COMMON LAW COPYRIGHT NOTICE

### copyright © 1996 ANGEL LUIS MARTINEZ JR TRUST.

e)  Waives all defenses; Consents and agrees that any and all such filings described herein going without remedy are not, and may not be considered, bogus/frivolous and that User will not claim such a defense in regard.

f)  Appoints Secured Party as Authorized Representative for User, effective upon User's default re User's contractual obligations in favor of Secured Obligation as set forth herein granting TRUST/Trustee full authorization and power for engaging in any and all actions on behalf of User including, but not limited to, authentication of a record on behalf of User as Secured Party, at Secured Party's sole discretion, and as Secured Party deems appropriate, and User further consents and agrees that this appointment of Secured Party as Authorized Representative for User, effective upon User's default, is irrevocable and coupled with a security interest.

**Terms of Strict Foreclosure:** User's non-payment in full of all unauthorized use fees itemized in Invoice within said ninety (90) day period for curing default as set forth within authorizes without recourse Trustee/Secured Party's immediate non-judicial strict foreclosure on any and all remaining former property and interest in property, formerly pledged as collateral by User, now property of Secured Party, which is not in the possession of, nor otherwise disposed of by Secured Party upon expiration of said period.

Angel-Luis: Martinez Jr, Autograph Common Law Copyright 1996. Unauthorized use of "Angel-Luis: Martinez Jr" incurs same unauthorized-use fees as those associated with ANGEL LUIS MARTINEZ JR© TRUST, as set forth in the first paragraph of the first page.

Please feel free to contact us at any of the following if you would like to discuss terms of curing the breach of copyright.

Phone: _____

E-Mail: _____

Or the address provided on the envelope.

Angel-Luis: Martinez Jr TTEE

Angel-Luis: Martinez Jr

Without Prejudice/Without Recourse

On behalf of ANGEL LUIS MARTINEZ JR TRUST©,

Copyright 1996. All Rights Reserved.

## JURAT

County of _Adams_ )

_Colorado_ State )  ) Scilicet

SUBSCRIBED AND SWORN TO before me this ____ day of _January_ ____ A.D.
20 _13_

_____ Seal

Notary Public Signature

My Commission Expires _____

STEPHANIE MENDOZA
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20134031391
MY COMMISSION EXPIRES MAY 16, 2017

Common Law Copyright Notice          Page 2          Item# 07111978-ALM-CLC

INTAKE COPY

# FILING FEE RECEIPT COPY

DUPLICATE

Court Name: TEXAS WESTERN
Division: 6
Receipt Number: 600022926
Cashier ID: jhank
Transaction Date: 05/14/2018
Payer Name: ANGEL LUIS MARTINEZ JR
------------------------------------
CIVIL FILING FEE
 For: ANGEL LUIS MARTINEZ JR
 Amount:         $400.00
------------------------------------
PAPER CHECK
 Check/Money Order Num: 23957343450
 Amt Tendered:  $400.00
------------------------------------
Total Due:       $400.00
Total Tendered: $400.00
Change Amt:      $0.00

CIVIL FILING FEE FOR
D-TXW-6-18-CV-134; MARTINEZ V.
STATE OF TEXAS

JS 44  (Rev. 12/12)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Angel-Luis:Martinez,Jr. © <br> C/O 1213 Oxford Way <br> Cocoa, FL. [32922] | STATE OF TEXAS <br> Mike Waldman; Shelly Strimple <br> Bell County Justice Center <br> 1201 Huey Rd. <br> Belton, Texas 76513 |

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

In Propria Personam

Attorneys *(If Known)*

N/A

W18CA134

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1  U.S. Government Plaintiff
- ☑ 3  Federal Question *(U.S. Government Not a Party)*
- ☐ 2  U.S. Government Defendant
- ☐ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

### CONTRACT
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

### REAL PROPERTY
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

### TORTS
**PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Personal Injury - Medical Malpractice

**PERSONAL INJURY**
- ☐ 365 Personal Injury - Product Liability
- ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- ☑ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

### CIVIL RIGHTS
- ☐ 440 Other Civil Rights
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 448 Education

### PRISONER PETITIONS
**Habeas Corpus:**
- ☐ 463 Alien Detainee
- ☐ 510 Motions to Vacate Sentence
- ☐ 530 General
- ☐ 535 Death Penalty
**Other:**
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition
- ☐ 560 Civil Detainee - Conditions of Confinement

### FORFEITURE/PENALTY
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 690 Other

### LABOR
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Management Relations
- ☐ 740 Railway Labor Act
- ☐ 751 Family and Medical Leave Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Employee Retirement Income Security Act

### IMMIGRATION
- ☐ 462 Naturalization Application
- ☐ 465 Other Immigration Actions

### BANKRUPTCY
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

### PROPERTY RIGHTS
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

### SOCIAL SECURITY
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

### FEDERAL TAX SUITS
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

### OTHER STATUTES
- ☐ 375 False Claims Act
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☐ 895 Freedom of Information Act
- ☐ 896 Arbitration
- ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☑ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity):*
28 USC 1331/48 CFR Ch 1, 53, 228

Brief description of cause:
Jurisdiction of said Corporate Fiction/Appointment of Trustee D/B/A: Mike Waldman; Shelly Strimple

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

DEMAND $ _____

CHECK YES only if demanded in complaint:

JURY DEMAND:    ☑ Yes    ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*    JUDGE _____    DOCKET NUMBER _____

DATE _____    SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____    AMOUNT _____    APPLYING IFP _____    JUDGE _____    MAG. JUDGE _____

JS 44 Reverse (Rev. 12/12)

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

## Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.(a)**    **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

   **(b)**    **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

   **(c)**    **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.**    **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. **(See Section III below; NOTE: federal question actions take precedence over diversity cases.)**

**III.**    **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.**    **Nature of Suit.** Place an "X" in the appropriate box. If the nature of suit cannot be determined, be sure the cause of action, in Section VI below, is sufficient to enable the deputy clerk or the statistical clerk(s) in the Administrative Office to determine the nature of suit. If the cause fits more than one nature of suit, select the most definitive.

**V.**    **Origin.** Place an "X" in one of the six boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407. When this box is checked, do not check (5) above.

**VI.**    **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service

**VII.**    **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.**    **Related Cases.** This section of the JS 44 is used to reference related pending cases, if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.

'®

FOR DOMESTIC AND
INTERNATIONAL USE



PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE
**CERTIFIED MAIL®**

*

7017 0190 0001 1032 7742







U.S. POSTAGE
PAID
ORMOND BEACH, FL
32174
MAY 09, 18
AMOUNT

**$17.95**

R2304M110480-17

PRIORIT
POSTAGE R

FROM:

**PRIORITY**
**★ MAIL ★**



VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM: Angel Martinez JR
1213 Oxford Way
Cocoa FL 32922

TO: U.S. District Clerk's
Office
800 Franklin Ave. Room 380
Waco, Texas 76701

Label 228, July 2013

FOR DOMESTIC AND INTERNATIONAL USE

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE



**UNITED STAT**
**POSTAL SERVI**

ng Priority Mail® shipments. Misuse may be a violation of federal law.