IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

WACO DIVISION

FILED
OCT 17 2018
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | |
|---|---|
| LUIS MARTINEZ JR.<br>*Plaintiff*<br><br>v.<br><br>STATE OF TEXAS, MIKE WALDMAN, AND SHELLY STRIMPLE<br>*Defendants* | § § § § § § § § § § § CIVIL NO. 6:18-CV-00134-ADA |

## FINAL JUDGMENT

In accordance with the Order Granting Defendants' Waldman and Strimple's Motion to Dismiss Pursuant to Rules 12(b)(5) and 12(b)(6) (Dkt. 5), the Court enters its Judgment as follows:

**IT IS ORDERED** that with respect to the Motion to Dismiss pursuant to Rule 12(b)(5), Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that with respect to the Motion to Dismiss pursuant to Rule 12(b)(6), Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**

**IT IS FINALLY ORDERED** that this case is closed.

**SIGNED** this 17th day of October, 2018.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE